UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

AUG 13 2019

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DWIGHT LONG,                )
    Plaintiff,              )
    vs.                     ) No. _____
SEE COMPLAINT,              )
    Defendant(s)            )

MOTION FOR APPOINTMENT OF COUNSEL

1. I, **DWIGHT LONG**, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

Alan Mills
Uptown Peoples Law Center
4413 N. Sheridan
Chicago, Illinois 60640
(773) 769-1411

3. In further support of my motion, I declare that (check appropriate answer):

__X__ I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

_____ I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.