August 20, 2019

Judge Colin Stirling Bruce
U.S. District Court
Central District of Illinois
Office of the Clerk
201 S. Vine St. Room 218
Urbana, Illinois 61802-3348

Re: Long v. Martin et al
    Case No. 3:19-cv-03195 CSB

Dear Judge Bruce,
   To comply with this order in good cause, I, Dwight Long, #S-15203, Graham Correctional Center, Hillsboro, Illinois, is sending the filing fee of $400 to the Clerk of the Court. This payment is in full and without delay. Paperwork was sent in accordance about my trust fund and ledgers for the last 6 months. You may disregard said paperwork. I am sending payment ($400) in full.
   Thank you for your time and consideration concerning this matter.

Respectfully Submitted,
[signature]