E-FILED
Monday, 07 October, 2019  01:53:53 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

CASE NAME:

LONG v. MARTIN et al

FILED

OCT - 7 2019

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

CASE NO: 3:19-CV-03195
CSB

HONORABLE JUDGE
Colin Sterling Bruce

# MOTION TO REQUEST COUNSEL

Now comes Plaintiff, Dwight Long, pro se and respectfully request leave for Motion to Request Counsel.

Grounds for this Motion are as follows;

1) Plaintiff is currently incarcerated at Graham Correctional Center.

2) As per the Court's request, I am responding to the Electronic filing entered on 9-23-2019.

3) Attachments were #(1) Exhibits, #(2) Certificates) (MJC, ilcd)

4) One other copy from Attorney's responding are Loevy & Loevy Attorney's at Law.

5) THIS PLAINTIFF PRAYS THAT THIS HONORABLE COURT WILL APPOINT AN ATTORNEY WITH THE PLAINTIFF'S BEST INTEREST.

RESPECTFULLY SUBMITTED,

DWIGHT LONG    # S-15203

Encl. RESPONSE FROM ATTORNEY

State of Illinois
County of Montgomery
This instrument was acknowledged
before me on October 3, 2019
By Dwight Long

OFFICIAL SEAL
CHRISTOPHER CALDERINI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/18/23

# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

September 23, 2019

**CONFIDENTIAL LEGAL CORRESPONDENCE**

*Via USPS Mail*
Dwight Long S15203
Graham Correctional Center
12078 IL. 185
Hillsboro, IL 62049

*Re: Your request for legal representation*

Dwight Long:

     This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case.

     Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue.  However, we encourage you to follow up with other attorneys <u>immediately</u> to ensure that all legal rights are fully explored and protected.

     We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

                  Sincerely,

                  Loevy & Loevy

STATE OF ILLINOIS          )
                           )   ss
COUNTY OF _Montgomery_     )

### AFFIDAVIT

I, _Dwight Long_ , do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

1) THIS Plaintiff has put in, hopefully THE proper procedures of THE Honorable Judge's order.

2) As you can see I AM NOT EducatEd AS AN ATTorNey would be.

3) If THErE IS AnyThing Else I NEEd TO do, plEasE don't hEsITATE TO REspond.

4) Thank you for your TIME And CONsIdEration CoNcErNing THIS mATTer.

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief.  I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _3rd_ day of _October_ , 2019.

_____
Affiant

State of Illinois,
County of _Montgomery_
This instrument was acknowledged
before me on _October 3, 2019_
By _Dwight Long_

OFFICIAL SEAL
CHRISTOPHER CALDERINI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/18/23

②

## IN THE
## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT of Illinois, URBANA, Illinois

DWIGHT LONG )
Plaintiff/Petitioner )
)
Vs. )          No. 3:19-cv-03195
)                CSB
TERRY MARTIN et al )
Defendant/Respondent )

### PROOF/CERTIFICATE OF SERVICE

TO: Office of THE Clerk          TO: Judge Colin Sterling Bruce
United States District Court          U.S. District Court
Central District of Illinois          Central District of Illinois
Urbana, Illinois 61802-3348          Urbana, Illinois 61802-348

PLEASE TAKE NOTICE that at: 12:30 AM/PM October 3, 2019, I
placed the documents listed below in the institutional mail at GRAHAM
Correctional Center, properly addressed to the parties listed above for mailing through the
United States Postal Service.

MOTION TO REQUEST Counsel

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury
that I am a named party in the above action, that I have read the above documents, and that
the information contained therein is true and correct to the best of my knowledge and belief.

State of Illinois
County of Montgomery
This instrument was acknowledged
before me on October 3, 2019
By Dwight Long

/s/ _____
Name DWIGHT LONG
IDOC No. S-15203
GRAHAM Correctional Ctr.
1307B Illinois Rt. 185
Hillsboro 62049, IL

OFFICIAL SEAL
CHRISTOPHER CALDERINI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/18/23

Revised 4/15/16

②