AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | | |
|---|---|---|
| DWIGHT LONG | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-C-03195 |
| TERRY MARTIN, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Terry Martin and Kimberly Barbee - Defendant.

Date: 05/18/2020

/s/ Nicholas S. Staley
*Attorney's signature*

Nicholas S. Staley #6314066
*Printed name and bar number*

100 West Randolph Street, 13th Floor
Chicago, Illinois 60601

*Address*

nstaley@atg.state.il.us
*E-mail address*

312-814-3953
*Telephone number*

*FAX number*