IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DWIGHT LONG,<br><br>      Plaintiff,<br>v.<br><br>TERRY MARTIN, *et al.*,<br><br>      Defendants. | No. 19-C-03195<br><br>Honorable Colin Sterling Bruce |

**DEFENDANTS' MOTON TO FILE INSTANTER**

Defendants, Terry Martin and Kimberly Barbee, by and through their attorney, Kwame Raoul, Illinois Attorney General, respectfully request this Honorable Court grant them leave to file their responsive pleading to Plaintiff's Complaint, *instanter*. In support thereof, Defendants state the following:

1. Pursuant to their waivers of service, Defendants Martin and Barbee's responsive pleadings were due on March 6, 2020, and March 27, 2020, respectively. *See* Dkts. 14, 15.

2. In mid-March 2020, concerns over the spread of the COVID-19 virus continued to heighten which culminated in the Illinois Governor's first "Stay-at-Home" Executive Order issued on March 20, 2020. Since that time, Illinois residents have been subject to various restrictions on their movements which has greatly impacted their daily lives, both personally and professionally.

3. In response to the COVID-19 pandemic, many employers, including the Illinois Attorney General's Office, have been diligently implementing a work-from-home environment which has been challenging, and has required a change in normal business operations.

4. Due the challenges faced, and some resulting miscommunications, the Defendants' attorney in this case failed to meet certain deadlines set by the Court.

5. To remedy this situation, the Attorney General's Office has taken steps to address

the communication issues, and has taken the further step of re-assigning this case to the undersigned attorney who is in a position to meet future deadlines set in this matter.

6. The undersigned filed his appearance on May 18, 2020.

7. The undersigned counsel sincerely apologizes to the Court and Plaintiff for the untimeliness of Defendants' filings.

8. Accordingly, the undersigned is respectfully requesting leave to file, *instanter*, Defendants' responsive pleading to Plaintiff's Complaint.

9. Defendants bring this motion in good faith and not for the improper purpose of undue delay. Plaintiff will not be prejudiced if this motion is granted.

10. WHEREFORE, Defendants respectfully request the Court grant them leave to file their responsive pleading to Plaintiff's Complaint, *instanter*, and for such further relief as this Honorable Court deems appropriate and just

Dated: May 18, 2020

KWAME RAOUL
Attorney General of Illinois

Respectfully Submitted,

*/s/ Nicholas S. Staley*
NICHOLAS S. STALEY

Assistant Attorney General
General Law Bureau
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3953
*nstaley@atg.state.il.us*