② 

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA, ILLINOIS

DWIGHT LONG )
Plaintiff/Petitioner )
)
Vs. ) No. 19-C-03195
)
TERRY MARTIN et al )
Defendant/Respondent )

## PROOF/CERTIFICATE OF SERVICE

TO: Office of the Clerk
U.S. District Court
Central District of Illinois
Urbana, IL. 61802-3348

TO: Hon. Judge Colin Sterling Bruce
U.S. District Court
Central District of Illinois
Urbana, IL. 61802-3348

PLEASE TAKE NOTICE that at: _____ AM/PM June 1, 2020, I placed the documents listed below in the institutional mail at Graham C.C. Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

Motion for Leave to File Amended Complaint

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

/s/ _____
Name: Dwight Long
IDOC No. S-15203
Graham Correctional Ctr.
12078 Illinois Rt. 185
Hillsboro 62049, IL

Revised 4/15/16

②