UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| DWIGHT LONG, PLAINTIFF, v. TERRY MARTIN, et al., DEFENDANTS | No. 19-C-03195 HONORABLE COLIN STERLING BRUCE |
|---|---|

## Discovery Motion

Grounds for this motion are as follows:

1) Plaintiff is indigent and currently incarcerated at Graham Correctional Center.

2) Due to the Covid-19 pandemic, which is ravaging the prison system, Plaintiff was unable to send Defendants and Defendant's Counsel certain information.

3) After Doctor's appointments shown in enclosed documents, Plaintiff became ill, and was placed in quarantine here at the prison.

4) Plaintiff was not able to successfully reach the law library.

5) Plaintiff sincerely apologizes to the Court, Defendants, and Defendant's Counsel, for delay.

6) Plaintiff brings this motion in good faith and not to delay any proceedings, of the Court or Defendant's Counsel.

7) Plaintiff respectfully request this Court to grant the filing of this motion.

Respectfully Submitted,

Dwight Long # S-15203
Graham Correctional Center
12078 Illinois Rt. 185
Hillsboro, Illinois 62049

OFFICIAL SEAL
CHRISTOPHER CALDERINI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 03/18/23

Encl: Documents from recent doctor appointments

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA, ILLINOIS

DWIGHT LONG )
Plaintiff/Petitioner )
)
Vs. )  No. 19-C-03195
)
TELLY MARTIN et al )
Defendant/Respondent )

## PROOF/CERTIFICATE OF SERVICE

TO: Office of the Clerk
U.S. District Court
Central District of Illinois
Urbana, Il. 61802-3348

TO: Hon. Judge Colin Sterling Bruce
U.S. District Court
Central District of Illinois
Urbana, Il. 61802-3348

PLEASE TAKE NOTICE that at: _____ AM/PM September 14, 2020 I placed the documents listed below in the institutional mail at Graham C.C. Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

Discovery Motion

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

/s/ [signature]
Name: Dwight Long
IDOC No. #S-15203
Graham Correctional Ctr.
12078 Illinois Rt. 185
Hillsboro 62049, IL

Revised 4/15/16

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

10/18/51

### GRAHAM CORRECTIONAL CENTER
(Facility)

Offender's Name: **long Dwight**   ID# **S15203**

Reason for Referral:
- ☐ Consult
- ☒ Evaluation
- ☐ Non-Formulary Medications
- ☐ Management
- ☐ Medical Equipment
- ☐ Procedure/service (specify) _____
- ☐ Other (specify) _____

Urgent: ☐ Yes  ☐ No

Referred to: ~~HAH PT~~ ortho

Rationale for Referral: ~~PT Tx with Hep~~ (R) Shoulder pain

Dr. Francis Kayira
Print Referring Practitioner's Name   Referring Practitioner's Signature   Date: 4/14/2020

### Report of Referral (Use Reverse Side, if necessary)

**Findings:** 68 y/o male with persistent Right shoulder pain. I saw him 2 years ago and recommended shoulder replacement. He had shoulder arthroplasty. He continues to have pain and stiffness in his Right shoulder.

**Assessment:** Right shoulder Flexion 160° ER 70° IR. Mid Thoracic. Motor power 5/5 deltoid, biceps, Rotator cuff. tic Nv. Ave Hawkins. Radiographs of shoulder. ACJ. Arof the shoulder joint is very evident. Has anchors in the greater tuberosity.

**Recommendations/Plans:** Recommend shoulder replacement. Please refer to D. McSullivan, orthopedic surgeon in Decatur, IL - 217-864-2664 -
Decatur Orthopedic Center
104 Ashland Ave
Mt. Zion, IL 62549

noted 6/17/20

Print Practitioner's Name   Practitioner's Signature   Date: 6/17/2020

### Facility Medical Director Use Only
I have reviewed the recommendations and:

☒ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Dr. Francis Kayira
Print Facility Medical Director's Name   Facility Medical Director's Signature   Date

# SIU SUR Orthopedic Office Visit
# Final

Patient: Dwight Long
Graham Correctional Center
12078 Illinois Route 185
Hillsboro, IL 62049-3620

EMRN: 0001638531
Age/DOB: 68/Oct 18, 1951

Encounter Date: Jun 17 2020 9:00AM

Home: (217) 532-6961
Work:

### Chief Complaint
Dwight Long presents to clinic today for a follow-up appointment.
PT HERE FOR RIGHT SHOULDER PAIN. PT IS AN INMATE AT GCC AND IS ACCOMPANIED BY GUARDS. PT WAS SEEN IN 2018 FR THIS PROBLEM.

### History of Present Illness
Inmate patient.
68-year-old male patient presenting for right shoulder pain. The patient was seen a few years ago for his right shoulder pain. He was found to have osteoarthritis of the glenohumeral joint. He was referred to a surgeon for possible shoulder replacement. The patient underwent right shoulder arthroscopy with rotator cuff repair in November 2018. The patient notes no much improvement in his pain. He continues to have pain and decreased range of motion in his right shoulder. The pain gets aggravated with any use away from the body or with activities. The pain is minimally decreased by rest and immobility. The pain wakes him up at night. He has tried some Tylenol and ibuprofen with minimal improvement in his pain.

### Active Problems
1. Enlarged parotid gland (K11.1)
2. Obstruction of submandibular duct (K11.8)
3. Right shoulder pain (M25.511)
4. Submandibular sialolithiasis (K11.5)

### Past Medical History
1. History of Anxiety and depression (F41.9,F32.9)
2. History of Enlarged prostate (N40.0)
3. History of essential hypertension (Z86.79)
4. History of high cholesterol (Z86.39)
5. History of hyperlipidemia (Z86.39)

### Surgical History
1. History of Back Surgery
2. History of Shoulder arthroscopy
3. History of Total Knee Replacement Right
4. History of Wrist Surgery

### Family History
1. Family history of Anxiety and depression
2. Family history of hypertension (Z82.49)

### Social History
1. Never a smoker

### Current Meds
1. Artificial Tears SOLN; INSTILL 2 DROP 3 times daily OU;

Printed By: YOUSSEF EL BITAR (SIU)    1 of 4    6/18/20 11:49:41 AM

## SIU SUR Orthopedic Office Visit
# **Final**

Patient:        Dwight Long
Encounter:      Jun 17 2020  9:00AM
EMRN:           0001638531

   Therapy: (Recorded:15Aug2018) to Recorded
2. Aspirin 81 MG TABS; TAKE 1 TABLET DAILY;
   Therapy: (Recorded:17Jun2020) to Recorded
3. Flomax 0.4 MG Oral Capsule; TAKE 1 CAPSULE DAILY;
   Therapy: (Recorded:21May2018) to Recorded
4. MP Pink Bismuth 262 MG TABS; TAKE AS DIRECTED;
   Therapy: (Recorded:21May2018) to Recorded
5. Naproxen 500 MG Oral Tablet; TAKE 1 TABLET EVERY 12 HOURS AS NEEDED;
   Therapy: (Recorded:21May2018) to Recorded
6. Pamelor 25 MG Oral Capsule; TAKE 1 CAPSULE AT BEDTIME;
   Therapy: (Recorded:17Jun2020) to Recorded
7. Toprol XL 50 MG Oral Tablet Extended Release 24 Hour; TAKE 1 TABLET DAILY;
   Therapy: (Recorded:17Jun2020) to Recorded
8. Zocor 40 MG Oral Tablet; TAKE 1 TABLET DAILY;
   Therapy: (Recorded:21May2018) to Recorded

### Allergies
1. No Known Allergies

### Review of Systems

Review of Systems including Constitutional, Eyes, ENT, Skin, Cardiovascular, Respiratory, Gastro-Intestinal, Genito-Urinary, Musculo-Skeletal, Neurologic, Endocrine, Hematologic and Psychiatric reviewed, and positive for the following: Right shoulder pain, neck pain, history of depression.

### Vitals
Vital Signs
Recorded: 17Jun2020 09:25AM
   Height: 6 ft
   Weight: 200 lb
   BMI Calculated: 27.13
   BSA Calculated: 2.13
   Systolic: 152
   Diastolic: 88
   Heart Rate: 59
   List pain location: RIGHT SHOULDER
   (SIU only) Fall Screening (Required  65+ years): A) No falls in the past year
   (SIU only) PHQ-2: Over the past 2 weeks, have you been feeling down, depressed or hopeless? (Required): B) Several days (1)
   (SIU only) PHQ-2: Over the past 2 weeks, have you had little interest or pleasure in doing things? (Required): B) Several days (1)
   (SIU only) Are you a Tobacco User? (Required 13+): never
   (SIU only) Pain Scale: G) 6/10

### Physical Exam

Visual Analog Pain Scale: 6/10.

General: Not in acute distress, well developed and nourished.
HEENT: Extraocular movements intact, normocephalic, supple neck, trachea midline.
Skin: Warm, dry, pink.
Cardiovascular: Pulses +2 in bilateral radial and ulnar arteries, pulses +2 in bilateral dorsalis pedis & tibialis

SIU SUR Orthopedic Office Visit
# Final

Patient: Dwight Long
Encounter: Jun 17 2020 9:00AM
EMRN: 0001638531

posterior arteries, normal capillary refill.
Respiratory: Good chest expansion, regular respiratory rate, no shortness of breath, no dyspnea.
Gastrointestinal: Soft abdomen, no tenderness to palpation.
Lymphatics: No edema in all 4 extremities.
Psychiatric: Normal mood and affect.
Neurologic: Alert, oriented x3, speech clear and coherent.

Right shoulder exam:
Surgical scars are clean, dry and intact. No deformities, no bruising, no muscle atrophy. Tenderness to palpation positive acromion anterior and lateral, negative bicipital groove, negative acromioclavicular joint. Positive grinding of the shoulder joint with internal and external rotation at side. Active flexion 130°, passive flexion 160°, active ER at side 50°, passive ER at side 70°, active and passive IR at side mid lumbar. Positive Neer impingement test, positive Hawkins test, negative Speed test, negative Yergason's test, negative cross-body adduction test. Motor power 5/5 deltoid, biceps, supraspinatus, infraspinatus, teres minor and subscapularis. Sensation intact to light touch in all dermatomes and pulses are palpable.

**Assessment**
1. Right shoulder pain (M25.511)

**Consult**
Imaging, Diagnostic Testing and Laboratory Testing:
I independently reviewed the patient's images today in clinic, and the following is my interpretation:
Radiographs of the right shoulder performed at CAH on 06/17/2020 and compared to prior radiographs show osteoarthritis of the glenohumeral joint with joint space narrowing, osteophyte formation and subchondral sclerosis. Two visible anchors from prior surgery. Humeral head well-seated within the glenoid without proximal migration.

Assessment:
68-year-old male patient with right shoulder pain.

Plan:
-I reviewed the patient's records sent to my office.
-I requested medical records from the patient's PCP.
-The findings were discussed with the patient.
The patient has having pain in the right shoulder for several years now. He has osteoarthritis of the glenohumeral joint. His rotator cuff seems to be working well on exam. He has decreased terminal range of motion secondary to pain. He continues to have glenohumeral joint arthritis.
We discussed the findings at length, the nature of the problem and the treatment options. The patient showed understanding and agreement on the following plan of action:

The patient would best benefit from shoulder replacement to the right shoulder to alleviate his pain.
I will refer the patient to a colleague who performs shoulder replacement surgery.
Topical ice and heat as needed for pain, topical creams and analgesics as needed for pain, over-the-counter oral pain medications as needed for pain.

-This plan was discussed with the patient, and the patient is agreeable with this course of treatment and showed understanding.
-The patient's questions were answered at today's visit.
-The patient was instructed to call the office if any new concerns or significant worsening occurs.
-The patient was counselled about the pain medication policy in our clinic.
-Follow-up in clinic as needed.

Dr. El Bitar is using a speech recognition software for dictation of this note. Transcription variances may occur.

SIU SUR Orthopedic Office Visit
# Final

Patient:           Dwight Long
Encounter:         Jun 17 2020   9:00AM
EMRN:              0001638531

**Plan**
Right shoulder pain
   1. XR SHOULDER ROUTINE RIGHT 73030; RG Modality:RG; Status:Complete;   Done: 17Jun2020

Depression: Recommended patient follow up with primary care provider.
Chronic Pain: Patient instructed to use over-the-counter medications for pain.
Elevated Blood Pressure: recommended patient follow up with primary care provider.

**Signatures**
Electronically signed by : YOUSSEF EL BITAR (SIU), M.D.; Jun 18 2020 11:49AM CST

M.D. REVIEW
DATE  6-30-20
PHYS. SIG. _____
PULL CHART ☐
SEE PATIENT ☐
FILE ☑

Printed By: YOUSSEF EL BITAR (SIU)        4 of 4            6/18/20 11:49:41 AM

JB Pritzker
Governor



Rob Jeffreys
Acting Director

## The Illinois Department of Corrections

Graham Correctional Center
12078 Illinois Route 185 • Hillsboro, IL 62049 • (217) 532-6961 TDD: (800) 526-0844

# MEDICAL FURLOUGH MEMORANDUM

**INMATE:** Long, Dwight

**ID NUMBER:** S15203

**PRE-CERT NUMBER** 809 724 293

**WHEN:** July 15th ,2020

**TIME OF APPOINTMENT:** 3:00pm

**ADDRESS**

014 ashlyn ave
Mt zion

**DOCTOR BEING SEEN:** Dr Sullivan consult for shoulder replacement
**ESTIMATED TIME OF APPOINTMENT :** 1-2 hours

INFIRMARY (1)

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

GRAHAM CORRECTIONAL CENTER
(Facility)

DOB 10/18/51

Offender's Name: Long Dwight     ID# S15203

Reason for Referral:
☒ Consult   ☐ Non-Formulary Medications   ☐ Medical Equipment
☐ Evaluation   ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes  ☒ No

Referred to: Decatur orth Dr Sullivan

Rationale for Referral: consult for shoulder replacement

Dr Sullivan 217 864 2665

Dr. Francis Kayira
Print Referring Practitioner's Name
Referring Practitioner's Signature
Date: 6-23-2020

**Report of Referral** (Use Reverse Side, if necessary)

Findings: _____

Assessment: right shoulder impingement

Recommendations/Plans: patient was given a right shoulder steroid injection today, prescribed physical therapy and meloxicam 15mg. Return to clinic one month.

Donald N. Sullivan, MD
Print Practitioner's Name
Practitioner's Signature
Date: 7/15/2020

**Facility Medical Director Use Only**
I have reviewed the recommendations and:

☒ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Dr. Francis Kayira
Print Facility Medical Director's Name
Facility Medical Director's Signature
Date: 7-20-20

Distribution: Offender's Medical File, and if denied/revised, Health Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff.4/2007)
(Replaces DC 7105)


Decatur Orthopedic Center

104 Ashland Ave
Mt Zion, IL 62549-1271
Phone: (217) 864-2665
Fax: (217) 864-8042

# Physical Therapy Order

**Patient Information**

Dwight Long
12078 Rt 185
Hillsboro, IL 62049
Home Phone: (217) 532-6961x2483
PCP:,

Patient ID: 164290    Gender: Male    Date of Birth: 10/18/1951

**Patient Insurance Information**

Wexford Health Sources Inc (877) 939-2884
Group Number: 809724293
Policy Number: NONE

**Procedures Ordered**

**PHYSICAL THERAPY - Eval & Treat: ROM and strengthening, scapular stabilization 2 times per week for a duration of 6 weeks**
   Diagnosis: Shoulder impingement, right (M75.41)


_____
Donald N. Sullivan, MD

07/15/2020
Date


---

Dwight Long                                  Patient #: 164290                          DOB: 10/18/1951 (68 years)
Wednesday, July 15, 2020                                                                                Page 1 / 1