IN THE
UNITED STATES DISTRICT COURT
Central District of Illinois, Urbana, Illinois

DWIGHT LONG
Plaintiff/Petitioner

Vs.                   No. 19-C-03195

TELLY MARTIN et al
Defendant/Respondent

## PROOF/CERTIFICATE OF SERVICE

TO: Office of the Clerk
U.S. District Court
Central District of Illinois
Urbana, Il. 61802-3348

TO: Hon. Judge Colin Stering Bruce
U.S. District Court
Central District of Illinois
Urbana, Il. 61802-3348

PLEASE TAKE NOTICE that at: _____ AM/PM September 14, 2020 I placed the documents listed below in the institutional mail at Graham C.C. Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

---

### Discovery Motion

---

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

/s/ [signature]
Name: Dwight Long
IDOC No. #S-15203
Graham Correctional Ctr.
12078 Illinois Rt. 185
Hillsboro 62049, IL

Revised 4/15/16

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| DWIGHT LONG, <br> PLAINTIFF, <br> v. <br> TERRY MARTIN, et al., <br> DEFENDANTS | No. 19-C-03195 <br><br> HONORABLE COLIN STERLING BRUCE |

### Discovery Motion

Grounds for this motion are as follows:

1) Plaintiff is indigent and currently incarcerated at Graham Correctional Center.

2) Due to the Covid-19 pandemic, which is ravaging the prison system, Plaintiff was unable to send Defendants and Defendant's Counsel certain information.

3) After Doctor's appointments shown in enclosed documents, Plaintiff became ill, and was placed in quarantine here at the prison.

4) Plaintiff was not able to successfully reach the law library.

5) PLAINTIFF SINCERELY APOLOGIZES TO THE COURT, DEFENDANTS, and DEFENDANT'S COUNSEL, for delay.

6) PLAINTIFF BRINGS THIS MOTION IN GOOD FAITH AND NOT TO delay any PROCEEDINGS, OF THE COURT OR DEFENDANTS COUNSEL.

7) PLAINTIFF RESPECTFULLY REQUEST THIS COURT TO GRANT THE filing of THIS MOTION.

Respectfully Submitted,

DWIGHT LONG # S-15203
GRAHAM CORRECTIONAL CENTER
12078 Illinois Rt. 185
Hillsboro, Illinois 62049

OFFICIAL SEAL
CHRISTOPHER CALDERINI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 03/18/23

Encl: DOCUMENTS from RECENT DOCTOR APPOINTMENTS

ILLINOIS DEPARTMENT OF CORRECTIONS
**HOUSING UNIT CLEANING LOG**
GRAHAM CORRECTIONAL CENTER

**HOUSING UNIT #** 12
Date: 9-18-20

| TASK | | | 3 PM - 11 PM Completion Times | | 11 PM - 7 AM Completion Times | |
|---|---|---|---|---|---|---|
| Bathroom | 8:16 | 11:41 | | | | |
| Sweep | 8:16 | 11:41 | | | | |
| Mop | 8:16 | 11:41 | | | | |
| Shower | N.A. | NA | | | | |
| Desks | 8:16 | 11:41 | | | | |
| Walls | 8:16 | 11:41 | | | | |
| Trash | 8:16 | 11:41 | | | | |
| Door Handles | 8:16 | 11:41 | | | | |
| Light Switches | 8:16 | 11:41 | | | | |
| Ice Machine | N.A. | NA | | | | |
| Phone I/M Staff | 8:16 | 11:41 | | | | |
| Table / Chairs | N.A. | NA | | | | |
| Windows / Ledges | N.A. | NA | | | | |
| TV/Kiosk | N.A. | NA | | | | |
| | N. Webster Staff Name Printed | | Staff Name Printed | | Staff Name Printed | |
| | N. Webster 6693 Staff Signature | | Staff Signature | | Staff Signature | |
| | Lieutenant Name Printed | | Lieutenant Name Printed | | Lieutenant Name Printed | |
| | Lieutenant Signature | | Lieutenant Signature | | Lieutenant Signature | |

Printed on Recycled Paper

GRA 0411 (Eff. 04/2020)