## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS URBANA, ILLINOIS

DWIGHT LONG )
Plaintiff/Petitioner )
)
Vs. )  No. 19-C-03195
)
TERRY MARTIN et al )
Defendant/Respondent )

### PROOF/CERTIFICATE OF SERVICE

TO: CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL 61802-3348

TO: Hon. Judge COLIN STERLING BRUCE
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL 61802-3348

PLEASE TAKE NOTICE that at: 9:00 AM/PM SEPTEMBER 24, 2020 I placed the documents listed below in the institutional mail at GRAHAM C.C. Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

**MOTION FOR DISCOVERY TO COMPEL**

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

/s/ [signature]
Name: DWIGHT LONG
IDOC No. #S-15203
GRAHAM Correctional Ctr.
12078 Illinois Rt. 185
Hillsboro 62049, IL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| DWIGHT LONG<br>PLAINTIFF<br>V.<br>TERRY MARTIN, et al<br>DEFENDANTS | No. 19-C-03195<br><br>HONORABLE: COLIN STERLING BRUCE |

### MOTION TO COMPEL DISCOVERY

GROUNDS FOR THIS MOTION ARE AS FOLLOWS:

1) PLAINTIFF IS INDIGENT AND CURRENTLY INCARCERATED AT GRAHAM CORRECTIONAL CENTER.

2) PLAINTIFF HAS FOLLOWED THIS HONORABLE COURT'S SCHEDULING ORDER TO THE BEST OF HIS KNOWLEDGE.

3) UNDER FEDERAL RULES OF CIVIL PROCEDURE 26-37 WHICH GOVERN DISCOVERY BETWEEN PARTIES, PLAINTIFF HAS SUPPLIED THE FOLLOWING IN A LETTER DATED JUNE 1, 2020 TO DEFENDANT'S COUNSEL:
    (A) STATEMENT OF INJURIES AND RELIEF
    (B) "DOE" DEFENDANTS
    (C) PERSONS SUPPORTING PLAINTIFF'S RELEVANT CLAIMS
    (D) LAWS BROKEN AGAINST PLAINTIFF

(E) DEPARTMENTAL RULES BROKEN AGAINST PLAINTIFF

(F) EXHIBITS: DOCUMENT OF ROTATOR CUFF TEAR/ORTHOPEDIC SURGEON, DR. PAUL HITCHEN W/ DOCUMENT CONCERNING PRISON HEALTH CARE UNDER FIRE IN ILLINOIS (PROVIDER)

4) PLAINTIFF FOLLOWED WITH ANOTHER LETTER DATED SEPTEMBER 14, 2020 TO DEFENDANT'S COUNSEL ASKING FOR DISCOVERY RESPONSE. THIS LETTER INCLUDED FROM PLAINTIFF:

(A) DISCOVERY MOTION WITH DOCUMENTS OF PLAINTIFF'S DOCTOR'S VISITS.

(B) COPY OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

(C) LETTER DATED SEPTEMBER 16, 2020, EXPLAINING DOCTOR'S VISIT FOR SHOULDER REPLACEMENT SURGERY WITHIN THE MONTH

5) DEFENDANT'S AND DEFENDANT'S COUNSEL HAVE NOT PROVIDED PLAINTIFF WITH ANYTHING CONCERNING THE SCHEDULING ORDER.

6) PLAINTIFF IS FULLY AWARE OF THE CHALLENGES BEING FACED IN RESPONSE TO THE COVID-19 PANDEMIC.

7) IF PLAINTIFF HAS MISUNDERSTOOD OR MISINTERPRETED CERTAIN CHALLENGES, I SINCERELY APOLOGIZE TO THIS HONORABLE COURT, DEFENDANTS AND DEFENDANT'S COUNSEL.

8) PLAINTIFF BRINGS THIS MOTION IN GOOD FAITH AND NOT

for an improper purpose.

9) Plaintiff respectfully request this Honorable Court to grant this Motion to Compel Discovery.

Respectfully Submitted,

Dwight Long # J-15203
Graham Correctional Center
12078 Illinois Rt. 185
Hillsboro, Illinois 62049

State of Illinois
County of Montgomery
This instrument was acknowledged before me on September 24, 2020
By Dwight Long

OFFICIAL SEAL
CHRISTOPHER CALDERINI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/18/23