IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DWIGHT LONG, | ) |
| Plaintiff, | ) ) ) ) Case No. 19-cv-03195 |
| vs. | ) ) Honorable Colin S. Bruce |
| TERRY MARTIN, *et al*, | ) ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

Defendants, Terry Martin and Kimberly Barbee ("Defendants"), by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, hereby move, pursuant to Fed. R. Civ. P. 6(b)(1)(A), for an extension of time of ten (10) days, up to and including November 9, 2020, to file their Response to Plaintiff's Motion to Compel, stating as follows:

1. On September 24 2020, Plaintiff filed a motion to compel discovery. Dkt. # 24.

2. The deadline for Defendants' response to Plaintiff's motion to compel is due October 30, 2020. See 10/19/2020 Text Order.

3. Due to a family emergency, which required time off and out of state travel, the undersigned requires additional time to file Defendants' response.

4. Accordingly, Defendants respectfully request an extension of ten (10) days in order to file Defendants' response.

5. This motion is brought in good faith and not for purposes of undue delay or any other improper purpose. In addition, the parties will not be unduly prejudiced should this motion be granted, and the undersigned apologizes to both the Court and Plaintiff for this delay.

WHEREFORE, Defendants respectfully request that this Honorable Court grant their motion, extend the deadline for their response to November 9, 2020, and grant any such further relief the Court deems necessary and just.

Dated: October 29, 2020

                                                                Respectfully submitted,

KWAME RAOUL
Attorney General for Illinois                    By:   /s/ Myron C. Grant

                                                                Myron C. Grant
                                                                Assistant Attorney General
                                                                100 W. Randolph St., 13th Floor
                                                                Chicago, Illinois 60601
                                                                312-814-2680
                                                                mgrant@atg.state.il.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2020, the foregoing document, *Defendants' Motion for Extension of Time*, was electronically filed with the Clerk of the Court using the CM/ECF system. Parties of record may obtain a copy through the Court's CM/ECF system.

And I hereby certify that on October 29, 2020, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

**Dwight Long**
**S15203**
**Graham Correctional Center**
**12078 Illinois Route 185**
**Hillsboro, IL 62049**

                                                      Respectfully submitted,

                                                      /s/ Myron C. Grant

                                                      Myron C. Grant