IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DWIGHT LONG, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TERRY MARTIN, *et al*, )<br>)<br>Defendants. ) | Case No. 19-cv-03195<br><br>Honorable Colin S. Bruce |

## DEFENDANTS' RESPONSE IN OPPOSITION TO
## PLAINTIFF'S MOTION TO COMPEL

Defendants, Terry Martin and Kimberly Barbee, by and through their attorney Kwame Raoul, Attorney General of the State of Illinois, and for their Response in Opposition to Plaintiff's Motion to Compel, hereby states the following:

1. On September 24, 2020, Plaintiff filed a Motion to Compel, arguing that Defendants failed to produce any documents. (Dkt. No. 25). As set forth herein, Plaintiff's Motion to Compel should be denied because Defendants have produced all discovery pursuant to Fed. R. Civ. P. 26(a)(1).

2. Plaintiff Dwight Long ("Plaintiff"), an inmate currently incarcerated at Graham Correctional Center ("Graham"), filed his *pro se* Complaint in this matter on August 13, 2019. (Dkt. No. 1).

3. On November 23, 2020, Defendants produced Plaintiff's medical records; therefore, Plaintiff's motion to compel should be denied. These medical records were bates-stamped as Long 000001-000527.

4. On November 23, 2020, Defendants produced Plaintiff's grievances and responses; therefore, Plaintiff's motion to compel should be denied. These grievances and responses were

bates-stamped IDOC 000001-000088.

5. Pursuant to Fed. R. Civ. P. 26(a)(1), Defendants produced the names and working addresses of the persons with knowledge of the relevant incidents whom Defendants may use to support their defense, along with a short description of what each person knows on November 23, 2020.

6. There are no incident reports regarding the incident in question.

WHEREFORE, for the above and foregoing reasons, the Defendants respectfully request this Honorable Court deny Plaintiff's motion to compel, and for any other relief this Court finds fair and just.

Dated: November 29, 2020

                                                    Respectfully submitted,

KWAME RAOUL
Attorney General for Illinois                By:   /s/ Myron C. Grant
                                                            Myron C. Grant
                                                            Assistant Attorney General
                                                            100 W. Randolph St., 13th Floor
                                                            Chicago, Illinois 60601
                                                            312-814-2680
                                                            mgrant@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2020, the foregoing document, *DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL*, was electronically filed with the Clerk of the Court using the CM/ECF system. Parties of record may obtain a copy through the Court's CM/ECF system.

And I hereby certify that on November 30, 2020, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

**Dwight Long**
**S15203**
**Graham Correctional Center**
**12078 Illinois Route 185**
**Hillsboro, IL 62049**

                                                       Respectfully submitted,

                                                       /s/ *Myron C. Grant*
                                                       Myron C. Grant