047768/21061/JNR/BJC

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| DWIGHT LONG,<br><br>    Plaintiff,<br><br>v.<br><br>TERRY MARTIN, WEXFORD HEALTH SOURCES, INC., CRAIG A. FOSTER, DR. FRANCIS KAYIRA, DR. LOUIS SHICKER, WHITE #5603, T. MASKE, S. HOWARD, and KIMBERLY BARBEE,<br><br>    Defendants. | No. 19-cv-3195<br><br>Judge Colin Stirling Bruce |

## ANSWER TO PLAINTIFF'S COMPLAINT WITH AFFIRMATIVE DEFENSES

NOW COMES the Defendant, DR. FRANCIS KAYIRA, by his attorney, CASSIDAY SCHADE LLP, and pursuant to Local Rule 16.3(E)(2) and the Court's December 1, 2020, Order, hereby submits his Answer and Affirmative Defenses to Plaintiff's Complaint, stating as follows:

  1.  Defendant admits that he has been employed as the Medical Director at Graham Correctional Center (Graham) during the time relevant to this Complaint.

  2.  Defendant admits that jurisdiction and venue are proper in the Central District of Illinois.

  3.  Defendant denies that any act or omission on his part constitutes deliberate indifference to a serious medical need.

  4.  Defendant denies that Plaintiff had a serious medical need as alleged in the Complaint.

  5.  Defendant denies that any response he may or may not have made to any request of the Plaintiff constituted deliberate indifference to a serious medical need.

6. Defendant denies that Plaintiff was injured by any act, omission, or delay allegedly caused by Defendant.

7. Defendant denies that Plaintiff is entitled to any relief whatsoever.

8. Defendant denies that Plaintiff's claims are meritorious.

**DEFENDANT DEMANDS TRIAL BY JURY**

**<u>AFFIRMATIVE DEFENSES</u>**

1. At all times relevant herein, Defendant acted in good faith in the performance of his official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendant is therefore protected from suit by the doctrine of qualified immunity.[1]

2. At all times relevant herein, Defendant acted in good faith and in conformity with existing precedent. He is therefore entitled to good faith immunity from damages. *Janus v. Am. Fed'n. of State*, 942 F.3d 352 (7th Cir. 2019).

3. To the extent Plaintiff has failed to exhaust his administrative remedies prior to initiating bringing this action, his claims are barred by Section 1997e(a) of the Prison Litigation Reform Act.

4. To the extent Plaintiff's claims for relief accrued more than two years prior to initiation of this case, they are barred by the applicable statute of limitations.

5. At all times relevant herein, Defendant's duties were limited to those that were delegated to him by his employer and that his employer voluntarily undertook pursuant to its contract with the Illinois Department of Corrections.

**DEFENDANT DEMANDS TRIAL BY JURY AS TO HIS AFFIRMATIVE DEFENSES**

---

[1] Defendant acknowledges in *Estate of Clark v. Walker*, 865 F.3d 544, 550-51 (7th Cir. 2017), the Seventh Circuit rejected qualified immunity for contractual government employees. Defendant asserts this defense to preserve it for appeal.

WHEREFORE, for the above reasons, Defendant respectfully requests this Honorable Court deny Plaintiff any relief in this matter and grant Defendant judgment as to all matters and any other relief deemed appropriate, including cost of suit.

        Respectfully submitted,

        CASSIDAY SCHADE LLP

        By: /s/ Bradley J. Taylor
            Attorneys for Defendant, DR. FRANCIS KAYIRA

Bradley J. Taylor
ARDC No. 6333450
CASSIDAY SCHADE LLP
3100 Montvale Dr.
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
bjtaylor@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2021, I electronically filed the foregoing Answer to Plaintiff's Complaint with Affirmative Defenses with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Myron C. Grant, Esq.
Assistant Attorney General
100 W. Randolph Street
13th Floor
Chicago, IL 60601
mgrant@atg.state.il.us

and I hereby certify that a true and correct copy of the foregoing Answer to Plaintiff's Complaint with Affirmative Defenses was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in Springfield, Illinois, with proper postage prepaid, on January 12, 2021. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

PRO SE:
Dwight Long (S15203)
Graham Correctional Center
Inmate Mail/Parcels
12078 Illinois Route 185
Hillsboro, IL 62049

/s/ Bradley J. Taylor

9703057 BJTAYLOR;BJTAYLOR