047768/21061/JNR/BJC

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| DWIGHT LONG,<br><br>    Plaintiff,<br><br>v.<br><br>TERRY MARTIN, WEXFORD HEALTH SOURCES, INC., CRAIG A. FOSTER, DR. FRANCIS KAYIRA, DR. LOUIS SHICKER, WHITE #5603, T. MASKE, S. HOWARD, and KIMBERLY BARBEE,<br><br>    Defendants. | No. 19-cv-3195<br><br>Judge Colin Stirling Bruce |

## NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant, DR. FRANCIS KAYIRA, by and through their attorneys, CASSIDAY SCHADE LLP, have issued Subpoenas upon (1) Custodian of Medical Records, Graham Correctional Center, 12078 Illinois Route 185, Hillsboro, IL 62049; (2) Custodian of Records, Graham Correctional Center, 12078 Illinois Route 185, Hillsboro, IL 62049; (3) Illinois Department of Corrections, Office of Inmate Issues, Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277; HSHS St. John's Hospital, 800 E. Carpenter St., Springfield, IL 62769, and; HSHS St. Anthony's Hospital, 503 N Maple St, Effingham, IL 62401.

              Respectfully submitted,

              CASSIDAY SCHADE LLP

              By: /s/ Bradley J. Taylor
                Attorneys for DR. FRANCIS KAYIRA

Bradley J. Taylor
ARDC No. 6333450
CASSIDAY SCHADE LLP
3100 Montvale Dr.
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
bjtaylor@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2021, I electronically filed the foregoing Notice of Subpoenas with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Myron C. Grant, Esq.
Assistant Attorney General
100 W. Randolph Street
13th Floor
Chicago, IL 60601
mgrant@atg.state.il.us

and I hereby certify that a true and correct copy of the foregoing Notice of Subpoenas was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in Springfield, Illinois, with proper postage prepaid, on January 13, 2021. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

PRO SE:
Dwight Long (S15203)
Graham Correctional Center
Inmate Mail/Parcels
12078 Illinois Route 185
Hillsboro, IL 62049

/s/ Bradley J. Taylor

9706749 BJTAYLOR;DEASTRID