047768/21061/JNR/BJC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| DWIGHT LONG,<br><br>    Plaintiff,<br><br>v.<br><br>TERRY MARTIN, WEXFORD HEALTH SOURCES, INC., CRAIG A. FOSTER, DR. FRANCIS KAYIRA, DR. LOUIS SHICKER, WHITE #5603, T. MASKE, S. HOWARD, and KIMBERLY BARBEE,<br><br>    Defendants. | No. 19-cv-3195<br><br>Judge Colin Stirling Bruce |

## NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant, DR. FRANCIS KAYIRA, by and through their attorneys, CASSIDAY SCHADE LLP, have issued Subpoenas upon (1) Custodian of Patient Records, HSHS St. Francis Hospital, 725 St. Francis Way, Litchfield, IL 62056.

Respectfully submitted,

CASSIDAY SCHADE LLP

By:  /s/ Bradley J. Taylor
   Attorneys for DR. FRANCIS KAYIRA

Bradley J. Taylor
ARDC No. 6333450
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
bjtaylor@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2021, I electronically filed the foregoing Notice of Subpoenas with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Abigail E. DeHart
Office of the Illinois Attorney General
100 West Randolph Street
Chicago IL 60601
adehart@atg.state.il.us

and I hereby certify that a true and correct copy of the foregoing Notice of Subpoenas was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in Springfield, Illinois, with proper postage prepaid, on January 29, 2021. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

PRO SE:
Dwight Long (S15203)
Graham Correctional Center
Inmate Mail/Parcels
12078 Illinois Route 185
Hillsboro, IL 62049

/s/ Bradley J. Taylor

9723540 BJTAYLOR;DEASTRID