047768/21061/JNR/BJC

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| DWIGHT LONG,<br><br>    Plaintiff,<br><br>v.<br><br>TERRY MARTIN, DR. FRANCIS KAYIRA, STEPHANIE HOWARD, and KIMBERLY BARBEE,<br><br>    Defendants. | Case Number 19-cv-3195<br><br>Judge Colin Stirling Bruce |

## JOINT MOTION FOR EXTENSION OF TIME

NOW COME the Defendants, DR. FRANCIS KAYIRA, by and through his attorney, Bradley J. Taylor of CASSIDAY SCHADE LLP, and KIMBERLY BARBEE, TERRY MARTIN, and STEPHANIE HOWARD, by and through their attorney, Kwame Raoul, Illinois Attorney General, and pursuant to Federal Rule of Civil Procedure 6(b), hereby submit their Joint Motion for Extension of Time, stating as follows:

  1. In its December 1, 2020, Merit Review Order, the Court established a discovery deadline of February 26, 2021, and a dispositive motion deadline of March 31, 2021. [d/e 29, pg. 5].

  2. On February 22, 2021, Defendants conducted Plaintiff's deposition. At the conclusion of the deposition, Plaintiff reserved his right of signature.

  3. On March 17, 2021, a court reporting agency, Veritext, mailed a copy of the deposition transcript to Plaintiff. Along with the transcript, Plaintiff was provided an errata sheet to annotate any suggested changes.

4. Presently, dispositive motions are due before Plaintiff will have had a full thirty days in which to review the depositions transcript.

5. Consequently, Defendants request an extension of thirty (30) days, until April 30, 2021, in which to prepare dispositive motions. This extra time will allow Plaintiff a full thirty days to review his transcript once he receives it and mail back any suggested corrections.

6. This motion is not made for the purpose of undue delay and Defendants do not believe Plaintiff would be prejudiced by the extension, as a trial date has not yet been set.

WHEREFORE, for the above reasons, Defendants, DR. FRANCIS KAYIRA, KIMBERLY BARBEE, TERRY MARTIN, and STEPHANIE HOWARD respectfully request this Honorable Court grant their Joint Motion for Extension of Time or such further relief as the Court deems appropriate and just.

Respectfully submitted,

CASSIDAY SCHADE LLP

By:   /s/ Bradley J. Taylor
     Attorneys for Defendant, DR. FRANCIS KAYIRA

Bradley J. Taylor
ARDC No. 6333450
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
bjtaylor@cassiday.com

KWAME RAOUL
*Illinois Attorney General*

By:   /s/ Abigail E. DeHart
     Attorney for Defendants, KIMBERLY BARBEE, TERRY MARTIN, and STEPHANIE HOWARD

ABIGAIL E. DEHART
*Assistant Attorney General*
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-0996
*adehart@atg.state.il.us*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Abigail E. DeHart
Office of the Illinois Attorney General
100 West Randolph Street
Chicago IL 60601
adehart@atg.state.il.us

and I hereby certify that a true and correct copy of the foregoing was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in Springfield, Illinois, with proper postage prepaid, on March 22, 2021. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

PRO SE:
Dwight Long (S15203)
Graham Correctional Center
Inmate Mail/Parcels
12078 Illinois Route 185
Hillsboro, IL 62049

/s/ Bradley J. Taylor

9781657 BJTAYLOR;BJTAYLOR