UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| DWIGHT LONG<br>PLAINTIFF<br>-V-<br>TERRY MARTIN, et al<br>DEFENDANTS | CASE NO. 19-CV-3195<br><br>HONORABLE JUDGE<br>COLIN STERLING BRUCE |

## MOTION FOR EXTENSION OF TIME

Now comes Plaintiff, Dwight Long, Pro Se and respectfully request leave to file this Motion for Extension of Time.

Grounds for this Motion are as follows:

1) Plaintiff is indigent and currently incarcerated at Graham Correctional Center.

2) Due to the volume of documents by Defendants for Joint Defenses of Summary Judgement, Plaintiff ask this Honorable Court for Extension of Time.

3) There are inconsistencies and mischaracterizations of the Defendant's disputed facts involving this Plaintiff and this case.

4) There are consistent facts omitted by Defendant's and their Counsel. If given time, Plaintiff will address these omissions to include medical document where Plaintiff's signature was forged.

5) Plaintiff will show V.A. medical records and document that are consistent with "No" shoulder injuries before this litigation.

6) Consequently, Plaintiff doesn't need to defend himself, Plaintiff needs to produce and show the facts and merit that warrant this case filed in the original 1983 Complaint.

7) On June 11, 2021, Plaintiff recieved in the Institutional Mail, 8 DOC Defendant's Motion for Summary Judgement, Defendant Kayira's Motion for Summary Judgement, and other discovery. Also today June 16, 2021, Plaintiff recieved Supplemental Discovery from Illinois Attorney General, dated June 3, 2021.

8) Also, Plaintiff recieved a "Declaration" by Defendant Kayira dated May 4, 2021, on June 11, 2021.

9) On June 14, 2021, Plaintiff recieved a "Notice" from Clerk of the Court, advising Plaintiff has (21)

days from the date of June 10, 2021, to respond to Defendant's Motion. Clerk of the Court made very clear that Plaintiff must not simply rely upon the allegations set forth in Plaintiff's Complaint. Plaintiff concurs.

10) On June 15, 2021, Plaintiff recieved a "Call Pass" for the Law Library, only to be cancelled, and no reason given. This hinders the work Plaintiff needs to accomplish for this case.

11) At this time, Plaintiff has no idea when he will be allowed to the Law Library to submit this Motion for Extension of Time. Plaintiff has no other way to produce what is needed to continue this case so it will not be terminated.

12) Plaintiff request this Honorable Court for an extension of time that is appropriate and given that Plaintiff has never asked for an extension.

13) This Motion is in no way made for the purpose of undue delay, and Plaintiff does not believe Defendant's would be prejudiced by the Extension, as a Trial date has yet to be set.

Wherefore, for the above reasons, Plaintiff, Dwight Long, Pro Se, respectfully request this Honorable Court grant this Motion for Extension of time or such further relief as the Court deems appropriate and just.

Ch.Cd. 6/21/21

Respectfully Submitted,

Dwight Long #J-15203
Graham Correctional Center
12078 Illinois Rt. 185
Hillsboro, Illinois 62049

OFFICIAL SEAL
CHRISTOPHER CALDERINI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/18/23

Encl: Ltr to Military Personnel Records

June 21, 2021

Dwight Long #S-15203
SSN: 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
Graham Correctional Center
12078 Illinois Rt. 185
Hillsboro, Illinois 62049


National Records Center
Military Personnel Records
One Archives Drive
St. Louis, Missouri 63138-1002

RE: Long v. Martin et al
Case No. 19-cv-3195


Dear Sir,
 I am a former United States Marine, Honorably Discharged in April 1986. I've been incarcerated for the last (8) years. In April 2017, I was assaulted by prison staff while suffering with an illness. The illness was so severe that I sought medical help. While seeking that help, I was picked up off the ground and body-slammed into a wheelchair where I sustained shoulder and back injuries. I eventually had (2) separate

surgeries, where the second surgery ended in having a reverse shoulder replacement to my right shoulder.

Now, what brings me to you is that prison officials are claiming that I had a history of trauma to my shoulder while serving in the military. And that my right shoulder has been dislocated in the past. I wholeheartedly disagree with their assertion and sure records will show there were no issues with my shoulder.

There is a deadline set by the U.S. District Court in the Central District of Illinois for June 30, 2021. My responses must be set forth with specific facts showing that there is genuine issue of material fact for trial. Now what I request from you is information that shows that shoulder issues were never an issue while I served in the Corps. If you can send me affidavits or medical records that show evidence contradicting prison officials assertions, the Court wants facts that can be accepted as true for this purpose. I'm not asking for anything improper, only whats factual.

If there are any charges for these documents, please let me know immediately so that I can send funds for the charges.

I pray that you can help me and thank you for your time and consideration concerning this matter.

"Semper Fi"

[Signature] 6/21/21

Respectfully Submitted

Dwight Long #S-15203
Graham Correctional Center
12078 Illinois Rt. 185
Hillsboro, Illinois 62049

OFFICIAL SEAL
CHRISTOPHER CALDERINI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/18/23

②

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, URBANA, IL.

DWIGHT LONG  )
Plaintiff/Petitioner  )
 )
Vs.  )   No. 19-CV-3195
 )
TERRY MARTIN et al  )
Defendant/Respondent  )

### PROOF/CERTIFICATE OF SERVICE

TO: Office of the Clerk
U.S. District Court
Central District of Illinois
Urbana, IL. 61802-3348

TO: Hon. Judge Colin S. Bruce
U.S. District Court
Central District of Illinois
Urbana, IL. 61802-3348

PLEASE TAKE NOTICE that at: **8:00** AM/PM **JUNE 21**, 20**21**, I placed the documents listed below in the institutional mail at **GRAHAM** Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

### MOTION FOR EXTENSION OF TIME

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

Ch. Cal. 6/21/21

OFFICIAL SEAL
CHRISTOPHER CALDERINI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/18/23

/s/ [signature]
Name: DWIGHT LONG
IDOC No. S-15203
GRAHAM Correctional Ctr.
12078 Illinois Rt. 185
Hillsboro, IL 62049