E-FILED
Wednesday, 30 June, 2021  05:31:48 PM
Clerk, U.S. District Court, ILCD

①

STATE OF ILLINOIS )
)  ss
COUNTY OF Montgomery )

## AFFIDAVIT

I, Dwight Long , do hereby declare and affirm that the following
information within this affidavit is true and correct in substance and in facts.

PLAINTIFF'S RESPONSE TO DEFENDANT'S JOINT RESPONSE
TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME:

(1) PLAINTIFF INITIATED THIS ACTION ON AUGUST 1, 2019.

(2) ACCORDING TO THE COURT'S MERIT REVIEW ON 1-6-
2020 THIS IS TRUE.

(3) THIS ACCORDING TO THE COURT'S SCHEDULING ORDER
IS ALSO TRUE. (SEPT. 21, 2020)

(4) NEVER DID PLAINTIFF REQUEST AN EXTENSION OF
TIME TO CONDUCT DISCOVERY.

(5) MOTION TO FILE FOR LEAVE OF AMENDED COMPLAINT WAS
E-FILED WITH THE COURT, WEDNESDAY, JUNE 3, 2020.

(6)-(7) PLAINTIFF DISCLOSED EVERYTHING PERTAINING TO THIS
CASE IN HIS POSSESSION.

(8) DEFENDANT'S HAVE ACCESS TO ALL PLAINTIFF'S MEDICAL
RECORDS CONCERNING HIS INCARCERATION.

(9) ANYTHING PERTINATE TO THIS CASE, OR ANYONE IN-
VOLVED IN THIS CASE HAVE EVERYTHING.

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury, that
everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm
that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is
taken in good faith.

6/25/21

OFFICIAL SEAL
CHRISTOPHER CALDERINI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 03/18/23

1 of 3

Signed on this 25th day of JUNE , 2021.

_____
Affiant

①

(10) Only until Plaintiff mentioned on February 22, 2021 "Zoom" Remote Deposition, to Defendant's Counsel that Plaintiff had yet to recieve any Discovery from them. After mention of this by Plaintiff, & recieved on 2-25-21 Discovery from Illinois Attorney General's Office. On 3-4-21, Plaintiff finally recieved Discovery from Bradley J. Taylor, Defendant Kayira's Counsel.

(11) Plaintiff does not control anything in or out of this Prison. And that includes the Law Library. I'm only called at their convienance.

(12) THANK YOU!

(13) The additional discovery is needed when Defendant Kayira, in his Declaration, statement #4, brought up the allegation, that according to whatever records, that Plaintiff reported a history of trauma to his shoulder while serving in the U.S. Military. Defendant Kayira also alledges Plaintiff's right shoulder had been dislocated in the past.

(14) Plaintiff will show with Military Medical Records no shoulder issues, to include no trauma or dislocation in the past. Only in the assault on 4-19-17, was Plaintiff injured to his shoulder and back.

(15) Plaintiff wants to make very clear of when his shoulder was injured, 4-19-17, by Defendant Martin.

(16) Defendant Kayira made these allegations, Plaintiff is only doing what is right in telling the truth

ABOUT THIS CASE. AS PLAINTIFF SAYS IN THE MOTION FOR EXTENSION OF TIME, "THIS MOTION IS IN NO WAY MADE FOR THE PURPOSE OF UNDUE DELAY".

(17) HOW WOULD PLAINTIFF KNOW DEFENDANT KAYIRA WAS GOING TO MAKE UNTRUE ALLEGATIONS?

(18) THE COURTS GAVE PLAINTIFF AN EXTENSION OF TIME NOT TO EXCEED PAST July 6, 2021.

(19) THERE IS NO INJUSTICE BEING CREATED.

(20) DEADLINE July 6, 2021.

(21) THIS IS A GOOD CAUSE.

(22) AS BEFORE, DEFENDANT KAYIRA BROUGHT THESE UNTRUE ALLEGATIONS, AND THERE IS NO NEGLECT OF ANYTHING CONCERNING PLAINTIFF.

(23) & THANK THIS HONORABLE COURT FOR THE GRANTING OF EXTENSION OF TIME.

6/25/21

RESPECTFULLY SUBMITTED,

OFFICIAL SEAL
CHRISTOPHER CALDERINI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/18/23

DWIGHT LONG # S-15203

3 of 3

②

IN THE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF Illinois, Urbana, Illinois

DWIGHT LONG
Plaintiff/Petitioner

Vs.                                              No. 19-cv-3195

TERRY MARTIN, et al
Defendant/Respondent

## PROOF/CERTIFICATE OF SERVICE

TO: Office of the Clerk
U.S. District Court
Central District of Illinois
Urbana, Il. 61802-3348

TO: Hon. Judge Colin S. Bruce
U.S. District Court
Central District of Illinois
Urbana, Il. 61802-3348

PLEASE TAKE NOTICE that at: 8:30 (AM)/PM JUNE , 20 21, I
placed the documents listed below in the institutional mail at ___ GRAHAM ___
Correctional Center, properly addressed to the parties listed above for mailing through the
United States Postal Service.

Plaintiff's Response to Defendant's Response to Motion for Extension.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury
that I am a named party in the above action, that I have read the above documents, and that
the information contained therein is true and correct to the best of my knowledge and belief.

Chi Cal 6/25/21

OFFICIAL SEAL
CHRISTOPHER CALDERINI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/18/23

/s/ ___
Name: DWIGHT LONG
IDOC No. S-15203
GRAHAM Correctional Ctr.
12078 Illinois Rt. 185
Hillsboro , IL 62049