E-FILED
Monday, 01 November, 2021 02:31:53 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

FILED
NOV 1 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| DWIGHT LONG, PLAINTIFF -V.- TERRY MARTIN, et al, DEFENDANTS | No. 19-CV-03195 HONORABLE Colin Sterling Bruce |

MOTION FOR ADDRESS CHANGE

Now comes PLAINTIFF, DWIGHT LONG, pro-se and RESPECTFULLY REQUEST LEAVE TO file MOTION for Address CHANGE.

GROUNDS FOR THIS MOTION ARE AS follows;

1) PLAINTIFF WAS TRANSFERRED from one Facility TO ANOTHER.

A) FROM: DWIGHT LONG #S-15203
GRAHAM C.C.
12078 ILLINOIS RT. 185
Hillsboro, IL. 62049

(B) TO: DWIGHT LONG #S-15203
PINCKNEYVILLE C.C.
5835 STATE ROUTE 154
PINCKNEYVILLE, IL. 62274-340

RESPECTFULLY submitted,