E-FILED
Monday, 13 December, 2021  10:49:21 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Scanned at Pinckneyville CC and e-mailed

12/13/21 by CB 1 pages

| | |
|---|---|
| DWIGHT LONG | |
| PLAINTIFF | CASE No. 19-CV-03195 |
| V. | |
| TERRY MARTIN, et al., | HONORABLE Judge Colin S. Bruce |
| DEFENDANTS | |

PETITION FOR STATUS REPORT

I, DWIGHT LONG, PLAINTIFF IN THE ABOVE CAUSE REQUEST A STATUS REPORT ON THE CIVIL LAWSUIT filed ON AUGUST 1, 2019, IN THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT of ILLINOIS, URBANA, ILLINOIS.

RESPECTFULLY SUBMITTED,

PLAINTIFF,

Subscribed an Sworn to before me THIS 13th day of December, 2021

x Dana Newton
NOTARY PUBLIC

DANA NEWTON
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires Aug 19, 2024