Writ of Habeas Corpus (12/2010)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

__Dwight Long__  )
    Plaintiff(s)  )
 )
    vs  )   Case Number: __19-cv-3195__
 )
__Terry Martin, et al__  )
    Defendant(s)  )

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:  THE WARDEN of __Pinckneyville CC__ at __Pinckneyville, IL__ .

WE COMMAND that you produce the body of __Dwight Long__, Register No. __S15203__, who is in your custody at __Pinckneyville CC__ before the United States District Court on __2/11/2022 at 1:00 pm__ by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. At the termination of said hearing you may return him to his current regular assignment.

WITNESS the Honorable Shig Yasunaga, Clerk of the United States District Court for the Central District of Illinois.

DATED:  __1/31/2022__

BY: _____/s/ Shig Yasunaga_____
Shig Yasunaga,
Clerk, U.S. District Court