E-FILED
Thursday, 01 September, 2022  10:59:35 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

DWIGHT LONG, #S15203,       )
                                        )

      Plaintiff,              )
                                          )

      vs.                    )          No. 19-CV-3195
                                          )

TERRY MARTIN et al.,         )
                                          )

      Defendants.           )

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that the undersigned is admitted or otherwise authorized to practice in this Court, and hereby enters an appearance in this case as counsel for Plaintiff Dwight Long.

Respectfully Submitted,


By:<u>/s/ Sara Trevino           </u>
    Sara M. Trevino
    University of Illinois College of Law
    Federal Civil Rights Clinic
    504 E. Pennsylvania Avenue
    Champaign, Illinois 61820
    saramt3@illinois.edu

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

DWIGHT LONG, #S15203,              )
                                   )
    Plaintiff,             )
                                   )
    vs.                    )          No. 19-CV-3195
                                   )
TERRY MARTIN et al.,               )
                                   )
    Defendants.            )

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2022, I filed an electronic copy of the foregoing Notice of Appearance through the CM/ECF system at the address of Defendant's attorneys below:

Remy Taborga
Assistant Attorney General, Prisoner Litigation
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Office: (217) 278-3332
Cell: (217) 843-0345
Email: alan.taborga@ilag.gov

Respectfully Submitted,

By:/s/ Sara Trevino
    Sara M. Trevino
    University of Illinois College of Law
    Federal Civil Rights Clinic
    504 E. Pennsylvania Avenue
    Champaign, Illinois 61820
    saramt3@illinois.edu