UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DWIGHT LONG, | ) |
| Plaintiff, | ) |
| vs. | ) No. 19-CV-3195 |
| TERRY MARTIN, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned is admitted or otherwise authorized to practice in this Court, and hereby enters an appearance in this case as counsel for Plaintiff Dwight Long.

Respectfully Submitted,

By: /s Chris Bailey

University of Illinois
College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Avenue
Champaign, IL 61820
cab12@illinois.edu