# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DWIGHT LONG, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 19-CV-3195 |
| TERRY MARTIN, | ) ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on 8 September, 2022, I filed an electronic copy of the foregoing Notice of Appearance through the CM/ECF system at the address of Defendant's attorneys below:

Alan Remy Taborga
Office of the Illinois Attorney General
1776 E Washington Street
Urbana, IL 61802
217-278-3332
Email: alan.taborga@ilag.gov

/s Chris Bailey

University of Illinois
College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Ave.
Champaign, IL 61820
cab12@illinois.edu