IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DWIGHT LONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-CV-3195 |
| | ) | Honorable Judge Colin S. Bruce |
| TERRY MARTIN. | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT PROPOSED SCHEDULING AND DISCOVERY ORDER

**NOW COMES** Plaintiff Dwight Long, being represented by his attorneys Sara Trevino and Christopher Bailey and Defendant Terry Martin, being represented by his attorney Alan Remy Taborga, pursuant to Federal Rule of Civil Procedure 26(f) and CDIL-LR 16.2(e) and 16.3(f), conferred on September 29, 2022, for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following dates upon which counsel have agreed.

**1.** Written discovery, pursuant to Federal Rules of Civil Procedure 34 and within the parameters of the Court's order reopening discovery for a limited purpose, shall be served on opposing parties on or before October 31, 2022.

**2.** Supplemental disclosures shall be served to opposing parties on or before November 14, 2022.

**3.** Expert witnesses, if any, shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

Plaintiff's expert(s): November 15, 2022.

Defendants' expert(s): December 16, 2023.

**4.** Discovery shall be completed by February 1, 2023. Any written discovery or requests for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce discovery.

**5.** All dispositive motions shall be filed by February 15, 2023. Dispositive motions filed after this date shall not be considered by the Court.

**6.** A pretrial hearing shall take place on March 27, 2023, at 11:30 a.m.

**7.** Jury selection is scheduled to take place on April 11, 2023.

**8.** The trial will begin on April 11, 2023.

**DATED:** October 4, 2022

<table>
<tr><td>

_s/ Alan Remy Taborga_
Alan Remy Taborga
Assistant Attorney General, Prisoner Litigation
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Office: (217) 278-3332
Email: alan.taborga@ilag.gov
*Counsel for Defendant*

</td><td>

Respectfully Submitted,

By: _/s/ Sara Trevino_

By: _/s/ Christopher Bailey_

  Sara M. Trevino
  Christopher Bailey
  University of Illinois College of Law
  Federal Civil Rights Clinic
  504 E. Pennsylvania Avenue
  Champaign, Illinois 61820
  saramt3@illinois.edu
  cab12@illinois.edu
  *Counsel for Plaintiff*

</td></tr>
</table>

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DWIGHT LONG, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 19-CV-3195 |
| TERRY MARTIN. | ) ) ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2022, I filed an electronic copy of the foregoing JOINT PROPOSED SCHEDULING ORDER through the CM/ECF system at the address of Defendant's attorneys below:

Alan Remy Taborga
Assistant Attorney General, Prisoner Litigation
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Office: (217) 278-3332
Email: alan.taborga@ilag.gov

Respectfully Submitted,

By: /s/ Sara Trevino

By: /s/ Christopher Bailey

Attorneys for Dwight Long
Sara M. Trevino
Christopher Bailey
University of Illinois College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Avenue
Champaign, Illinois 61820
saramt3@illinois.edu
cab12@illinois.edu