IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DWIGHT LONG, </br></br> Plaintiff, </br></br> v. </br></br> TERRY MARTIN, </br></br> Defendant. | ) </br> ) </br> ) </br> ) Case No. 19-cv-3195 </br> ) </br> ) </br> ) Honorable Colin S. Bruce </br> ) </br> ) </br> ) |

## CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS

I certify that on October 31, 2022, I served a copy of *Defendant's Supplemental Rule 26 Disclosures, First Set of Interrogatories,* and *First Request for Production of Documents* to Plaintiff at the addresses listed below, by first-class U.S. mail, together with this Certificate:

> Sara M. Trevino
> Christopher Bailey
> University of Illinois College of Law
> Federal Civil Rights Clinic
> 504 E. Pennsylvania Avenue
> Champaign, Illinois 61820

Dated: October 31, 2022

Kwame Raoul
Attorney General
State of Illinois
*Counsel for Defendant,*
TERRY MARTIN

Respectfully submitted,

By:  s/  *Alan Remy Taborga*
      Alan Remy Taborga
      Assistant Attorney General
      Office of the Illinois Attorney General
      1776 East Washington Street
      Urbana, Illinois 61802
      Phone: (217) 278-3332
      E-Mail: alan.taborga@ilag.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2022, I electronically filed the foregoing, *Certificate of Service of Discovery Documents*, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Sara M. Trevino
>Christopher Bailey
>University of Illinois College of Law
>Federal Civil Rights Clinic
>504 E. Pennsylvania Avenue
>Champaign, Illinois 61820

Respectfully submitted,

By:    *s/ Alan Remy Taborga*
Alan Remy Taborga
Assistant Attorney General
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Phone: (217) 278-3332
E-Mail: alan.taborga@ilag.gov