UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DWIGHT LONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-CV-3195 |
| | ) | |
| TERRY MARTIN. | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2022, I served PLAINTIFF'S RULE 26 DISCLOSURES via email at the address of Defendant's attorneys below:

Alan Remy Taborga
Assistant Attorney General, Prisoner Litigation
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Office: (217) 278-3332
Cell: (217) 843-0345
Email: alan.taborga@ilag.gov

    Respectfully Submitted,

    By: /s/ Sara Trevino

    By: /s/ Christopher Bailey

    Attorneys for Dwight Long
    Sara M. Trevino
    Christopher Bailey
    University of Illinois College of Law
    Federal Civil Rights Clinic
    504 E. Pennsylvania Avenue, Room 241
    Champaign, Illinois 61820
    saramt3@illinois.edu
    cab12@illinois.edu