UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DWIGHT LONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 19-CV-3195 |
| ) | Honorable Judge Colin S. Bruce |
| TERRY MARTIN. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DEPOSITION

**TO:** Terry Martin, by and through his Attorney of Record, Alan R. Taborga, of Office of the Illinois Attorney General, 1776 East Washington Street Urbana, Illinois 61802.

**TO:** Teri Sommer, Court Reporter Manager, Area Wide Reporting Service 301 West White Street Champaign, IL 61820

**PLEASE TAKE NOTICE** that commencing at **9:30 a.m.** on **December 1, 2022**, at the Office of the Attorney General of Illinois, 3000 Montvale Drive, Springfield, Illinois 62704, Plaintiff will take the Deposition of **TERRY MARTIN**.

This deposition will be taken before a Court Reporter who is a Notary Public, authorized to administer oath, and authorized by law to take the deposition. The deposition will be recorded by stenographic means. You are requested to appear and answer questions proposed by the undersigned pursuant to Federal Rule of Civil Procedure 30(b)(1).

Respectfully Submitted,

Dwight Long

By: /s/ Sara Trevino

By: /s/ Christopher Bailey

Attorneys for Dwight Long
Sara M. Trevino
Christopher Bailey
University of Illinois College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Avenue
Champaign, Illinois 61820
saramt3@illinois.edu

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DWIGHT LONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-CV-3195 |
| | ) | |
| TERRY MARTIN. | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2022, I electronically filed the above NOTICE OF DEPOSITION OF DEFENDANT TERRY MARTIN with the Clerk of the Court using the CM/ECF system, which will send notification of such filing at the address of Defendant's attorney below:

Alan Remy Taborga
Assistant Attorney General, Prisoner Litigation
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Office: (217) 278-3332
Cell: (217) 843-0345
Email: alan.taborga@ilag.gov

    Respectfully Submitted,

    By: /s/ Sara Trevino

    By: /s/ Christopher Bailey

        Attorneys for Dwight Long
        Sara M. Trevino
        Christopher Bailey
        University of Illinois College of Law
        Federal Civil Rights Clinic
        504 E. Pennsylvania Avenue
        Champaign, Illinois 61820
        saramt3@illinois.edu
        cab12@illinois.edu