E-FILED
Tuesday, 22 November, 2022  04:45:38 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DWIGHT LONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 19-cv-3195 |
| ) | |
| v. ) | |
| ) | Honorable Colin S. Bruce |
| TERRY MARTIN, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS

I certify that on November 22, 2022, I served a copy of *Defendant's Second Supplemental Rule 26 Disclosures, Defendant's Response to Plaintiff's Interrogatories,* and *Defendant's Response to Plaintiff's Request for Production of Documents* to Plaintiff at the addresses listed below, by first-class U.S. mail, together with this Certificate:

> Sara M. Trevino
> Christopher Bailey
> University of Illinois College of Law
> Federal Civil Rights Clinic
> 504 E. Pennsylvania Avenue
> Champaign, Illinois 61820

Dated: November 22, 2022

Respectfully submitted,

Kwame Raoul
Attorney General
State of Illinois
*Counsel for Defendant,*
TERRY MARTIN

By:    s/    *Alan Remy Taborga*

Alan Remy Taborga
Assistant Attorney General
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Phone: (217) 278-3332
E-Mail: alan.taborga@ilag.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2022, I electronically filed the foregoing, *Certificate of Service of Discovery Documents*, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> Sara M. Trevino
> Christopher Bailey
> University of Illinois College of Law
> Federal Civil Rights Clinic
> 504 E. Pennsylvania Avenue
> Champaign, Illinois 61820

Respectfully submitted,

By:  *s/  Alan Remy Taborga*
Alan Remy Taborga
Assistant Attorney General
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Phone: (217) 278-3332
E-Mail: alan.taborga@ilag.gov