## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| DWIGHT LONG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-CV-3195 |
| | ) | |
| v. | ) | |
| | ) | Honorable Judge Colin S. Bruce |
| TERRY MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DEPOSITION

TO: **Alan Remy Taborga**
Assistant Attorney General, Prisoner Litigation
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, IL 61802
Phone: (217) 278-3332
Email: alan.taborga@ilag.gov

TO:
**Teri Sommer**
Area Wide Reporting Service Court Reporter Manager
301 West White Street
Champaign, IL 61820 Phone: 217-356-5119
Email: teri@areawide.net

**PLEASE TAKE NOTICE** that by agreement of all parties the deposition of KIMBERLY BARBEE will be taken on Wednesday January 25, 2023 at the time of 1:00 PM CST. The deposition will take place remotely with KIMBERLY BARBEE appearing via video. Plaintiff's counsel will appear via video while conducting the deposition. Additionally, the court reporter, Area Wide Court Reporting, will also appear via video.

| **DEPONENTS** | **DATE** | **TIME** | **LOCATION** |
|---|---|---|---|
| Kimberly Barbee | January 25, 2023 | 1:00 PM CST | Via Video |

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DWIGHT LONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-CV-3195 |
| | ) | |
| TERRY MARTIN. | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

Plaintiff's counsel, Christopher Bailey and Sara Trevino hereby certify that on January 11, 2023 they filed the foregoing instrument, **NOTICE OF DEPOSITION**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alan Remy Taborga
Assistant Attorney General, Prisoner Litigation
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Office: (217) 278-3332
Cell: (217) 843-0345
Email: alan.taborga@ilag.gov

Respectfully Submitted,

By: /s Sara Trevino

By: /s Christopher Bailey

Attorneys for Plaintiff
Sara M. Trevino
Christopher Bailey
University of Illinois College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Avenue, Room 241
Champaign, Illinois 61820
saramt3@illinois.edu