E-FILED
Friday, 17 February, 2023  08:15:54 PM
Clerk, U.S. District Court, ILCD

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Graham _____ Center

| Offender Information: | | |
|---|---|---|
| Long | Dwight | ID#: S15203 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/19/17  10 PM | Cnt Note: | |
| | S: presented to Hcu c̄ | |
| | c/o pain. patient instructed | |
| | that patient would be | |
| | seeing the physician today | |
| | @ 12:30 pm. patient briskly exited | |
| | Hcu, posture erect, gait | |
| | steady et fast. Rom WNL.— | |
| | all the time Hcu staff | |
| | was still speaking to patient | KBabert |
| 10 05AM 4/19/17 | Cnt note: | |
| B/P 151/84 | S: patient outside Hcu — | |
| P 100, R 20 | lying on ground, a:0 x 3, skin | |
| T 98.2 | w/D, REu, Ø distress noted. Speach clear, patient assisted | |
| SpO2 100% | by 2 transferred to w/c, — | |
| | Inside Hcu this writer attempted | |
| | to assess the patient who | Continued |

Printed on Recycled Paper

Over ⟶

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)
**Exhibit 2**

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Graham _____ Center

**Offender Information:**

Long _____ Dwight _____ ID#: 515203
Last Name _____ First Name _____ MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/19/17 1085 ATc Continued | Cont.<br>Was uncooperative, refused<br>to answer questions, —<br>threatened staff c̄ lawsuits<br>presented to be verbally<br>abusive, belligerant, et —<br>obnoxious to staff. Security<br>C/o, S. Howard D.on present —<br>attempted to deescalate situation<br>unsuccessfully, Lt miles was —<br>called to HCU, attempted to<br>speak c̄ offender. Patient was<br>told he could wait in HCU for<br>assessment by DR Kayira @<br>1230pm today, or return to H.U.<br>until 1230pm. Patient "jumped" out<br>of w/c left HCU briskfully s̄ incident<br>A: STABLE — | MDSC today 4/19/17<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>KBabecco |

DOC 0084 (Eff. 9/2002)<br>(Replaces DC 7147)

Printed on Recycled Paper

**Exhibit 2**

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ 9CC _____ Center

**Offender Information:**

| Long | Dwight | | ID# 315203 |
|------|--------|--|-----------|
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 4/19/17 | Urinary Pain | |
| 12:50 | M. D. Sick Call | ① _illegible_ Tylenol #3 |
| | Wt __ BP 159/94 P 82 R 16 T 99³ | |
| | C/O Abdm'l | ② Admit to |
| | pain that shits | Infirmary — while |
| | to (R) Groin | awaiting Urology |
| | when he urinates | Consult |
| | Abd c Suprapubic | ③ U/A c Micro |
| | tenderness to | for C+S — Local Hosp |
| | palpation — but | ④ CBC c Sed rate |
| | Urinary bladder | now — send |
| | not distended | to Local Hosp |
| | Good Bowel | |
| | sounds in all quadrants | ⑤ Norco 5/325 prn |
| | Abdominal pain | #1 TID x 2 wks |
| | related to dysuria | ⑥ Bactrim DS |
| | Possible UTI | TBID X 10 days |
| | | _illegible_ |
| | | _illegible_ |

Distribution: Offender's Medical Record

IDOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

_Printed on Recycled Paper_

**Exhibit 2**

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Center

| Offender Information: |
|---|

| | | | ID#: _____ |
|---|---|---|---|
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

**Exhibit 2**

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

Graham Correctional _____ Center

Offender Information:

Last Name: **Long**  First Name: **Dwight**  ID#: **S15203**

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/16/17 2pm | **TEMPORARY PLACEMENT NURSING NOTE:** | **P: UPON PLACEMENT:** |
| | HISTORY: *Urinary pain* | 1. Strip Search *Per Security* |
| | AGE: 65      ROOM: HCU-B | 2. Notify HCU Admin. ✓ |
| | TRANSPORTED BY: self ADM FROM: HU  c̄ lt. | 3 ORIENTATION TO INFIRMARY: ✓ (RULES, CALL LIGHT, PLAN OF TREATMENT) |
| | S: CHIEF COMPLAINT: *Urinary pain* | 4 DIETARY NOTIFIED: TYPE OF DIET: *Reg*     REQUEST SENT: |
| | O: BP:      PULSE R/A:      R: | 5. MEDICATION ISSUED: *single* |
| | TEMP:      WEIGHT: | *Per Staff* |
| | HEART: WNL | 6. TREATMENT INITIATED: *See chart* |
| | LUNGS: WNL | |
| | SKIN: (circle) WARM, (DRY), MOIST, CLAMMY, N/A | 7. FURLOUGH: *n/A* |
| | SPEECH: (circle) (CLEAR)   SLURRED | 8. OTHER: (SPECIFY): |
| | EXTREMITIES: WNL | |
| | MOBILITY: (circle) (AMBULATORY), STEADY, WEAK, SHAKY, LIMITED | 9. MD NOTIFIED: ✓ |
| | ELIMINATION: URINARY *pain* BOWEL WNL | 10. ORDERS REC'D: *C/out POC* |
| | MENTAL STATUS: A+Ox3 | *See prog note*          (OVER) |
| | A. NURSING DIAGNOSIS: *altered level of comfort* | *Kfadinger CNA* |

DOC 0085 (Eff 3/2002)
(Replaces
**Exhibit 2**

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Infirmary Progress Notes

## GRAHAM CORRECTIONAL CENTER

Offender Information:

Last Name: Clark   First Name: Dwight   ID#: S15203

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/19/17 10:30 p | TEMPORARY PLACEMENT: | 24 HR. PLACEMENT EXPIRES @ 10pm ON 4-20-17 |
| | REASON FOR PLACEMENT: Urinary | |
| | Pain R/o UTI | P: PARAMETERS TO BE MONITORED |
| | TIME PLACED: 10pm AM PM ON DATE: 4-19-17 | I+O, Color of Urine, Pain |
| | | ACTIVITY: CIRCLE ONE AMB, BR, BRP, AS TOL. |
| | | DIET: - Reg |
| | | V/S FREQUENCY: Q shift |
| | | BODY SYSTEMS MONITORING (SPECIFY) |
| | | See above |
| | | J Harding CN II |
| | | |
| | | |
| | | |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ **GRAHAM** Correctional _____ Center

Offender Information:

Last Name: Hong  First Name: Dwight  MI: ___  ID#: S15203

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/19/17 2:10 | RN CNII Note: S/o MD | P-T.O. Dr. Kayna # for CNII |
| | aware Norco order | T#3 ī po TID prn until |
| | won't arrive until | norco arrives x3 days |
| | 4/21/17. Orders rec'd. | T.S. Kayn |
| | A-Med clarification | tle CNII |
| 4/19/17 | RN Cell note | P-cont to monitor |
| 4 pm | S:Ø | |
| | O-Pt in cell. Steady gait. Ate | |
| | well, O-I/O pain. Ambulates | |
| | A-Alt in comfort RT Diff Voiding | JO Reeves RN Cell |
| 4/19/17 | RN Cell note | P- Cont POC |
| 7 pm | S-General Conversation | |
| | O-A&O x3. LCTA Bilat. Abd | |
| | soft non distended. Bladder — | |
| | non distended, VSP all Qwnl | |
| | B/P 116/67 P85 17 T99.9 — | Cont J. Reeves RN Cell |

Printed on Recycled Paper

DOC 0094 (Eff. 9/2002)
(Replaces DC 7147)

**Exhibit 2**

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Outpatient Progress Notes

_____ **GRAHAM Correctional** _____ Center

**Offender Information:**

Last Name: _Jong_   First Name: _Dwight_   MI: _____   ID#: _S15203_

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 4/19/17 7pm | RN call note Con't | P- Con't to monitor for |
| | O= Resting quietly in bed. | Bladder Distention/pain |
| | PP/o pain vocal. Ambulated | |
| | and changed positions c̄ | |
| | no C/o pain + Started on Bactrim | |
| | A= Pt in comfort NT Diff voiding | J/leveranuau |
| 4/19/10 11pm | RN call note | P- Con't to observe. |
| | S= | |
| | O=Sleeping & resp. reg./easy. | |
| | No C/o pain this shift. | |
| | No Abd distention noted this | |
| | shift. Normal ADL's — | |
| | A= S/P urinary retention | J/leveranuau |
| | | |
| | | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

**Exhibit 2**

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

__GRAHAM Correctional__ Center

Offender Information:

Last Name: Long  First Name: Dwight  ID#: S15203

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/19/17 11:15 P | RN/CNI Note: S/o: pt resting quietly in bed c̄ tv on. Ø acute distress noted @ this time. A: Stable ——— | P: Cont. P.O.C. Markewcwi |
| 4/20/17 3:45 A | RN/CNI Note: S: "I'm okay... haven't slept much." O: A/O x 3. VSWNL. Stable. pt. ↑ to bathroom. Pt. also asleep when this writer looked into room. Abd. Non-distended c/o pain to abd. BS⊕ x4. Appitite good. Ø acute distress noted/voiced. A: alt. in comfort. ——— | P: Cont. P.O.C. Also noted pt did not ask for pain meds + had Ø difficulty standing/walking VS: 129/79 98 17. 100³. Markewasl |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **GRAHAM Correctional** _____ Center

Offender Information:

Long                     Dwight              IDR: 515303
Last Name                First Name        M

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-20-17 8 AM T 98¹ P 111 BP 124/73 R 18 SPO2 97% RA | RN CWS Note S pt awakens easily to get V/S at this time O abd soft non-tender O cough noted skin w/o resp. unlabored no acute distress noted at this time ____ A Stable | P/, cont, P.O.C |
|  |  | RN center |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

**Exhibit 2**

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

GRAHAM CORRECTIONAL Center

Offender Information:

Long (Last Name)   Dwight (First Name)   MI   ID#: S 152Q3

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/20/17 8 ? | **DOCTOR INFIRMARY ADMISSION NOTE** BY: (circle one): MD NP PA DDS LICENSED MENTAL HEALTH PROFESSIONAL (ACUTE)   CHRONIC | **PLAN:** VITAL SIGN FREQUENCY: q shift |
| | **SUBJECTIVE:** | DIET: Reg |
| | **HISTORY:** Patient who has had two surgical procedures has Normal bladder c/o Severe lower abdominal pain stated pain notes 5/10 | ACTIVITY: As tolerated MEDICATION ORDERS: 4-19-17 ① Norco 5/325 ii po tid prn × 2 wks ② Bactrim DS i BID × ? |
| | **DURATION:** > 3 day | |
| | **OBJECTIVE:** | |
| | **PHYSICAL EXAMINATION:** Abdomen + suprapubic tenderness on palpat Urinary bladder not distended ⊕ Good bowel sounds | OTHER ORDERS: U/A ? urine for C&S CBC c sed rate done 4-19-17 |
| | **CURRENT CONDITION** Unstable | |
| | **OTHER MEDICAL CONDITIONS:** Hypertension | |
| | **ADMITTING DIAGNOSIS/ASSESSMENT:** ① Abdominal pain related to Dysuria ② Possible UTI | D Blunt 4-20-17 9:30A |

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

_____ **Center**

| Offender Information: | | | |
|---|---|---|---|
| _____ | _____ | ___ | ID#: _____ |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

**Exhibit 2**

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Graham Correctional                 Center

**Offender Information:**

Long                 Dwight                        ID#: S15203
_Last Name_                      _First Name_              _MI_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-20-17 9:30A | NURSE ADMISSION NOTE (ACUTE) CHRONIC | P: UPON ADMISSION: |
| | HISTORY: _Difficulty urinating_ | |
| | AGE: 65    ROOM: B | 1. STRIP SEARCH: _per Security_ |
| | | 2. NOTIFY HCU ADM. ✓ |
| | TRANSPORTED BY: _Self_    ADM FROM: _already placed TP4 4-19-17_ | 3. ORIENTATION TO INFIRMARY: ✓ (RULES, CALL LIGHT, PLAN OF TREATMENT) |
| | S: CHIEF COMPLAINT: _Diff. c̄ urination_ | 4. DIETARY NOTIFIED: ✓ TYPE OF DIET: _Reg_   REQUEST SENT: ✓ |
| | O: BP: 120/73  PULSE R/A: 76   R 18 | 5. MEDICATION ISSUED: _per staff_ |
| | TEMP 98¹  WEIGHT: 204 | |
| | HEART: _Regular_ | 6. TREATMENT INITIATED: ✓ |
| | LUNGS: _CTA per steth_ | |
| | SKIN: (circle) WARM, DRY, MOIST CLAMMY, N/A | 7. FURLOUGH: ✓ |
| | SPEECH: (circle) CLEAR    SLURRED | 8. OTHER: (SPECIFY): |
| | EXTREMITIES: | |
| | MOBILITY:  (circle)  AMBULATORY, STEADY, WEAK, SHAKY, LIMITED | 9. MD NOTIFIED: |
| | ELIMINATION: URINARY _Self_    BOWEL _Self_ | 10. ORDERS REC'D: |
| | MENTAL STATUS: _A/O X3_ | |
| | A. NURSING DIAGNOSIS: _Diff c̄ urination_ D Blenten | |

_Printed on Recycled Paper_

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

**Exhibit 2**

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

_____ **Center**

| Offender Information: | | |
|---|---|---|
| Long, | Dwight | ID#: 815203 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/20/17 12 | MD NOTE Collegial review for patient to have TURP Surgery by Urologist, was done c Dr Garcia and was OK'd | M. Kapros |
| 4-20-17 250 | Pt has appt with Dr Nayla | Linda Allen Staff assistant |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

**Exhibit 2**

**Offender Infirmary Progress Notes**

**GRAHAM CORRECTIONAL** Center

| Offender Information: | | |
|---|---|---|
| Long (Last Name) | Dwight (First Name) | MI    ID#: S15203 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-20-17 9:40A | R/N C.W.2 Note<br>S pt in bed this writer informed him Dr had admitted him to HCU pt verbalized understanding no further verbal contact at this time | P. cont P.O.C. |
| 4/20/17 10¹⁵ | A S tab 6<br>S Lidocaine Injection<br>O Discussed client's procedure of Injection per writer, Dr. Voices understanding. Discussed outcome of + or - Dr. is pleasant cooperative. Injection of Lm to urethra was painful otherwise X, Dr tolerated well Discussed outcome of HCUA Dr for the apology for yesterday behavior, A/O pleasant cooperative Amity in NAD<br>O Lidocaine Injection per writer | Dr Lingen PT Ed. Room E Monitor |
| 4-20-17 | | JM martinez CNP |
| 4/20/17 3³⁰p | R/N CN1 Note: UA for C+S completed by 7-3 RN. | JSpringer, RN CN1 |

*Printed on Recycled Paper*

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

**Exhibit 2**

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Infirmary Progress Notes**

## GRAHAM CORRECTIONAL ___ Center

| Offender Information: | | | |
|---|---|---|---|
| Long | Dwight | | ID#: 515203 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/20/17 5p | RN CN1 Note: S- "I haven't had any pain medicine all day." c/o pain to right testicle/groin. B/A pain ē urination. | P- per TN3 ℞ administered for pain. Patient educated on medication regimen - verbalizes |
| BP 109/107 P 99 RR 18 T 99.8 SpO2 95% RA | O- Patient resting quietly in bed at this time. A+O×3 appropriate, cooperative ē care, skin warm & dry. respirations regular, unlabored, abdomen soft, nondistended- appetite good. Vital signs stable. No acute distress noted. | understanding. Continue plan of care. |
| | A-Alteration in comfort ——— | J.Springer, RN CN1 |
| 4/20/17 7²⁰p | RN CN1 Note: S/o- Patient resting quietly in bed at this time. B/a some improvement in pain to right testicle/groin ē pain medication. Respirations regular, unlabored. No acute distress noted. | P-Continue plan of care. |
| | A-Alteration in comfort/stable ——— | J.Springer, RN CN1 |
| 4-21-17 12A | RN CN II note: S: General conversation O: I/m resting quiet watching television. A+O×3 resp S/u Abd soft nor distended S/a dysuria always have urge to void but only able to go drops. Writer informed I/m to save urine in urinal for I+O. I/m denies pain or discomfort √SS NAD. —— A: dysuria. —— | P: Cont to mx. ___ [signature] RN CN II |

*Printed on Recycled Paper*

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)
**Exhibit 2**

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Infirmary Progress Notes

## GRAHAM CORRECTIONAL Center

Offender Information:

Last Name: _Long_  First Name: _Dwight_  MI: ____  ID#: _S15203_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-21-19 4A | Order II note S: General conversation O: I/m resting quietly awakes easily to verbal stimuli. A&Ox3 resp unlabored 100ml of clear amber urine in urinal S/z "that's how much I got p going twice." Ø c/o voiced @ this x. A: dysuria | P: Cont c P.O.C. c̄ un ardr II |
| 4-21-17 8¹⁵A | RN CNII Note: S/o1A MD called c̄ orders et update on status | P.T.O.C. drawia b/c cult Δ to Chronic Care ____ CNII |
| 4-22-19 4:30A | Order II note S: General conversation. O: I/m resting quietly awakes easily to verbal stimuli. A&Ox3 resp unlabored voided 300ml of clear yellow urine in urinal S/z "that's how much I got p going three x's," S/z adeq. pain control c̄ prn po meds. Ø c/o voiced + NAD. A: dysuria. | P: Cont c P.O.C. c̄ un ardr II |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)
**Exhibit 2**

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

**GRAHAM CORRECTIONAL** Center

Offender Information:

Last Name _____ First Name Dwight _____ MI ____ ID#: 515203

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-22-17 2:30p | RNCW2 Note § > pt up in hallway talking to porter gait steady no acute distress noted | |
| 4-24-17 2:50p | RN noted S This writer informed pt of NPO status p̄ mid noc tonight and to shower this pm and again in am. Pt voiced understanding. | DBlin tc P: NPO p̄ mid noc ② shower MBreekh P-NPO p mm |
| 4/24/17 6 Pm | RN cw note S- I/m showered - Ambulated in hallway. Steady gait. No c/o pain voiced. A² Am writ | Blue versn c/w Y= Am writ Con't poc |
| 4/24/17 9 Pm | RN cw note S- O Resting quietly in bed. No c/o pain of any kind this Pm. No request for pain medication. O distress noted. A²Hx dysuria | Blue versn c/w P. Cont c̄ P.O.C. |
| 4-25-17 12am | s/w I nct §: I/m resting quietly awake c̄ to verbal stimuli. A+O x3 aware of NPO status for AM md furlough. | the alert I |

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)
Exhibit 2

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

### GRAHAM CORRECTIONAL    Center

| Offender Information: | | | |
|---|---|---|---|
| Lons | Dwight | | ID#: 515203 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-25-17 4A | Addendum notes: Ground conversation.<br>O: E/M's slower completed c this x. E/M remains d(r)o for A.M. med writ c this x.<br>A: E/M condition stable. | P: Cont. to mx.<br><br>C/w Addendum II |
| 4-25-17 5:45A | Addendum II notes: E/M left on medwrit per state vehicle accompanied by security. E/M condition stable c this x. | P: Cont per protocol.<br><br>C/w Addendum II |
| 4/25/17 1:30p | RN CN II Note: 5/6/A Returns from med writ. "I feel good. The pain et pressure is gone from here" as pointing to ® groin. 98² -72- 138/72 -16. Amb c diff to room, foley intact, Ø distress. Orders rec'd, reviewed by Dr. Kayira, new orders rec'd. Stable | P: T/O Dr. Kayira NP cell<br>Cont. Nalco until arrives<br>Tramadol 50mg po TID (po) prn x 1 week.<br>Pyridium 97.5mg po TID prn x 1 week<br>DC penicillin x tonoc<br>DC foley cath 5-1-17<br><br>[signature] CN II |
| 4/25/17 4:20p | RN CN II P. note<br>S: "I think I'm ready for some pain medicine"<br>O: c/o pain to groin. Foley to leg bag draining light yellow urine. Distress noted<br>A: impaired comfort | P: Narco given as ordered<br><br>[signature] RN CN II |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

**Exhibit 2**

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

**GRAHAM CORRECTIONAL** Center

Offender Information:

Last Name: Long First Name: Dwight MI: ___ ID#: S15203

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/25/17 10p | RN CNP Note<br>S: "its good"<br>O: Kling gauze removed from penis. Small amt old dried blood noted on dressing. No active bleeding. Foley catheter to leg bag draining clear yellow urine.<br>A: s/p cystoscopy/TURP | P: cont POC<br><br><br><br><br>J. Buell RN |
| 4/26/17 8am | RN CW2 Note<br>S pt in bed foley cath intact drainin clear yellow urine in leg bag lungs CTA per steth & cough noted abd soft non-tender no acute distres noted<br>A S/P turp | P: cont P.O.C<br><br><br><br><br>DB Luster |
| 4/28/17 3d 9:30 | M.D. NOTE<br>Patient returns from Med. Furlough to Neurologist who operated on him. C/O some pain to ___<br>Foley catheter in place<br>S/P Neurolual dilation & TURP | Illness<br>recomendations<br>of Neurolog't<br><br>DB Murthy 4-28-17 |

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

**GRAHAM CORRECTIONAL** Center

| Offender Information: | | | |
|---|---|---|---|
| Song | Dwight | | ID#: 515203 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/26/17 4:25p | RN CNI Note: S/o - Patient up to edge of bid ē difficulty. A+0x3, appropriate, cooperative ē care, skin warm & dry, respirations regular, unlabored, foley cath to leg bag intact - draining moderate amount of yellow urine, gait steady. No complaints voiced at this time. No acute distress noted. A-Stable | P-Continue plan of care. Springer, RN CNI |
| 4/27/17 9ᴬ | RN CNII Note: S/o A+0x3 denies pain @ this x. Foley draining ō diff. Ø distress noted Cooperative | P-Cont POC Hachney CNII |
| 4/28/17 4:30p | RN CNI Note: S/o - Patient up to edge of bid ē difficulty for medication. A+0x3, appropriate, cooperative ē care, skin warm & dry, respirations regular, unlabored, foley cath to leg bag in place & draining yellow urine, ambulates ē difficulty. No acute distress noted at this time. A-Alteration in comfort | P-prn Tramadol song Administered for pain. Continue plan of care. Springer, RN CNI |
| 4/29/17 4:38p | RN Note: Pt ambulating in cell denies needs. Foley draining clear yellow urine to leg bag. Pt A+0x3 Resp Etc HRR ō acute distress noted A Stable male | P- Tramadol given for pain as ordered Kayla Matthews |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)
**Exhibit 2**

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

**GRAHAM CORRECTIONAL** Center

Offender Information:

Long                 Dwight              ID#: S 15703
Last Name              First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5-1-17 10 AM | RN CW 2 Note<br>3/4 > Foley cath removed and<br>5 any problems. Pt tolerate<br>it well. | P. T fluids<br><br>D. Blint... |
| 5-1-17 11:30A | RN CW 2 Note<br>S "et was OK"<br>O pt urinated small amount<br>of clear yellow urine 5<br>any difficulty denies pain<br>at present | D.B. lint... |
| 5-1-17 2:30p | RN CW 2 Note<br>pt c 200 cc total urine<br>output since foley was<br>removed urine clear et<br>amber in color denies any<br>discomfort at present — | D.B. lint cw 2 |
| 5-1-17 4p | RN CN # note<br>S. "I'm going okay"<br>O. Offender c 180ml clear<br>yellow urine in urinal.<br>Denies pain or difficulty<br>A: stable male | P: cont<br>POC<br><br>J Muell... |

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

**GRAHAM CORRECTIONAL** Center

Offender Information:

Last Name: Long First Name: Dwight MI: _____ ID#: S15703

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-0 | | |
| 5-1-17 730p | RNat II note<br>S: "I went again"<br>O: Urinal c̄ 150ml clear yellow urine. Denies pain or difficulty<br>A: Stable Male | P: Cont POC<br><br>John RN |
| 5-02-17 8:30a | RN note<br>S: "no problems"<br>O: A&Ox3. Skin w/D Lungs CTA Respe ly. Clear yellow urine in urinal @ bedside. Pt denies c/o at this time. Dr. Kayira made aware of progress. New order received.<br>A: Stable male | P: ① May return to housing unit. VO: Dr. Kayira RN Laree<br>↳ ☺ Xray RN<br><br>M Laree RN |
| 5-02-17 1240p | RN note<br>S: Pt left HCU to return to HU per MD order. Gait steady No acute distress noted. | P: ① RTC prn ② Pt ed given<br><br>M Laree RN |

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Infirmary Progress Notes

### _____ GRAHAM CORRECTIONAL _____ Center

| Offender Information: |
|---|

| | | | ID#: _____ |
|---|---|---|---|
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

**Exhibit 2**

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Vital Sign
Graphic Flow Sheet**

Offender Information: Last Name: Long  First Name: Dwight  MI: ___  ID#: S15203

Facility: Graham CC

| Date | 4-20-17 | 4-21-17 | 4-22-17 | 4/23/17 | 4/24/17 |
|---|---|---|---|---|---|
| Hosp Day/PO Day | | | | | |
| Hour | 4 8 12 4 8 12 | 4 8 12 4 8 12 | 4 8 12 4 8 12 | 4 8 12 4 8 12 | 4 8 12 4 8 12 |

Temperature rows: 106–96

Pulse: 99 / 35/55 / 83 / 79 / 78
Respiration: 18 / 38-16 / 16 / 16

Blood Pressure:
- 8 AM: 0/16/... / 105/68 / 117/77
- 12 AM: 108/65
- 4 PM: 109/69

Weight/Height: 204

Stools/Urine: Foley

Bath: C-P-T-S / Oral Hygiene: >self all rows

Diet: Reg / Regular / Regular / Regular / Regular
Ate/Slept: W F P

Activity: as tol / NA
Bed Rest / Bed Positioning / R.O.M. Exercises / Whirlpool / Transfers / Walk: >self, NA

Other: SPO2 100% RA
3-11 Spo2: 95% RA

Staff Name:
- 7-3:
- 3-11: Remmiger, RN cII / DBlunt / DBlunt / MLarsen RN
- 11-7: / Anders II / Anders II / Mathews / Mathews

Distribution: Offender's Medical Record

DOC 0110 (Eff. 9/2002) Replaces DC 1705

**Exhibit 2**

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Infirmary Vital Sign**
**Graphic Flow Sheet**

Offender Information: _Long_ _Dwight_ MI ___ ID#: _515203_
Last Name        First Name

Facility: _Graham_

| Date | 4-25-17 | | | | | 4/26/17 | | | | | 4/27/17 | | | | | 4-28-17 | | | | | 4/29/17 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hosp Day/PO Day | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hour | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | |
| Temperature 106 | | | | | | CC | | | | | CC | | | | | | | | | | | | | | |
| 105 | | | | | | | | | | | | | | | CC | | | | | | CC | | | | |
| 104 | CC | | | | | | | | | | | | | | | | | | | | | | | | |
| 103 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 102 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 101 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 99 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 98 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 97 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse | 72 | | | | | 64 | | | | | 82 | | | | | 69 | | | | | 77 | | | | |
| Respiration | 16 | | | | | 18 | | | | | | | | | | | | | | | 18 | | | | |
| Blood Pressure — Hours 4 AM | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8 AM | 138/72 | | | | | 110/67 | | | | | 117/73 | | | | | 109/68 | | | | | 103/69 | | | | |
| 12 AM | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4 PM | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8 PM | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 PM | | | | | | | | | | | | | | | | | | | | | | | | | |

| Weight / Height | 198 | | | |
|---|---|---|---|---|
| Stools / Urine | | | | |
| Bath: C-P-T-S | | | | |
| Oral Hygiene | Self | Self | Self | Self | Self |
| PM Care | | | | | |
| Diet | Regular | Regular | Regular | Regular | Reg |
| Ate  W F P | W W W | W W W | W W W | W W W | W W W |
| Slept  W F P | W | W | W | W | W |
| Activity | Ao Tol | AsTol | AsTol | Ao Tol | as tol |
| Bed Rest | NA | NIA | NIA | NA | NIA |
| Bed Positioning | | | | | |
| R.O.M. Exercises | Self | Self | Self | Self | Self |
| Whirlpool | | NIA | NIA | NIA | NIA |
| Transfers | Self | Self | Self | Self | Self |
| Walk | Self | Self | Self | Self | Self |
| Other: | | | | SPO2 95% RA | |

| Staff Name | 7-3 | | D.Blewitt | Maclen, CNA | D.Blewitt | M Lang RN |
|---|---|---|---|---|---|---|
| | 3-11 | | Eyminger, RN CNA | | Eyminger, RN CNA | K Matthews |
| | 11-7 | | | | | M Markirovai |

Distribution: Offender's Medical Record

DOC 0110 (Eff. 9/2002)
(Replaces DC 1705)

**Exhibit 2**

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Vital Sign**
**Graphic Flow Sheet**

Offender Information:

Last Name: Long    First Name: Dwight    MI: ____    ID#: 515203

Facility: Graham CC

| Date | 4/30/17 | | | | | 5/1/17 | | | | | 5/2/17 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hosp Day/PO Day | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hour | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | |
| Temperature 106 | CC | | | | | | CC | | | | | | | | | | | | | | | | | | |
| 105 | | | | | | | | | | | | PC | | | | | | | | | | | | | |
| 104 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 103 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 102 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 101 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 99 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 98 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 97 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Pulse | 88 | 78 | 78 |
| Respiration | 18 | 18 | 18 |
| Blood Pressure — Hours 4 AM | | | |
| 8 AM | 122/72 | 117/70 | 125/77 |
| 12 AM | | | |
| 4 PM | | | |
| 8 PM | | | |
| 12 PM | | | |
| Weight / Height | | | |
| Stools / Urine | | | |
| Bath: C-P-T-S / Oral Hygiene / PM Care | ) Self | ) Self | ) Self |
| Diet | Regular | Regular | Reg |
| Ate      W   F   P | W  W  W | W  W  W | W  W |
| Slept    W   F   P | W | W | W |
| Activity | ASTol | ASTol | as tol |
| Bed Rest | N/A | N/A | N/A |
| Bed Positioning | ) Self | ) Self | ) Self |
| R.O.M. Exercises | | | |
| Whirlpool | N/A | N/A | N/A |
| Transfers | ) Self | ) Self | ) Self |
| Walk | | | |
| Other: | | SPO2 98%RA | SpO2 97% rt |

| Staff Name | 3-11 | | | |
|---|---|---|---|---|
| | 11-7 | | | |

DOC 0110 (Eff. 9/2002)
Replaces DC 1705

**Exhibit 2**

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Vital Sign
## Graphic Flow Sheet

**Offender Information:**

_____   _____   ID#: _____
Last Name                First Name          MI

Facility: _____

| Date | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hosp Day/PO Day | / | | | / | | | / | | | / | | | / | | | / | | | / | | | / | | |
| Hour | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 |
| Temperature 106 | | | | | | | | | | | | | | | | | | | | | | | | |
| 105 | | | | | | | | | | | | | | | | | | | | | | | | |
| 104 | | | | | | | | | | | | | | | | | | | | | | | | |
| 103 | | | | | | | | | | | | | | | | | | | | | | | | |
| 102 | | | | | | | | | | | | | | | | | | | | | | | | |
| 101 | | | | | | | | | | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | | | | | | | | | | |
| 99 | | | | | | | | | | | | | | | | | | | | | | | | |
| 98 | | | | | | | | | | | | | | | | | | | | | | | | |
| 97 | | | | | | | | | | | | | | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | | | | | | | | | | |

| | |
|---|---|
| Pulse | |
| Respiration | |
| Hours  4 AM | |
| 8 AM | |
| Blood  12 AM | |
| Pressure  4 PM | |
| 8 PM | |
| 12 PM | |
| Weight  Height | |
| Stools  Urine | |
| Bath: C-P-T-S | |
| Oral Hygeine | |
| PM Care | |
| Diet | |
| Ate  W  F  P | |
| Slept  W  F  P | |
| Activity | |
| Bed Rest | |
| Bed Positioning | |
| R.O.M. Exercises | |
| Whirlpool | |
| Transfers | |
| Walk | |
| Other: | |

| Staff Name | 7-3 | |
|---|---|---|
| | 3-11 | |
| | 11-7 | |

DOC 0110 (Eff. 9/2002)
Exhibit 2