E-FILED
Wednesday, 01 March, 2023  11:12:47 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT G – PROPOSED JURY INSTRUCTIONS

### Functions of the Court and the Jury

Members of the jury, you have seen and heard all the evidence and arguments of the attorneys. Now I will instruct you on the law.

You have two duties as a jury. Your first duty is to decide the facts from the evidence in the case. This is your job and yours alone.

Your second duty is to apply the law that I give you to the facts. You must follow these instructions, even if you disagree with them. Each of the instructions is important, and you must follow all of them.

Perform these duties fairly and impartially. Do not allow sympathy, prejudice, fear, or public opinion to influence you.  You should not be influenced by any person's race, color, religion, national ancestry, or sex.

Nothing I say now, and nothing I said or did during the trial, is meant to indicate any opinion on my part about what the facts are or about what your verdict should be.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 1.01
Given _____
Given as amended _____
Refused _____
Withdrawn _____
Taken Under Consideration _____

1

**No Inferences from Judge's Questions**

During this trial, I have asked a witness a question myself. Do not assume that because I asked questions I hold any opinion on the matters I asked about, or on what the outcome of the case should be.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 1.02

Given _____

Given as amended _____

Refused _____

Withdrawn _____

Taken Under Consideration _____

**<u>Evidence</u>**

The evidence consists of the testimony of the witnesses, the exhibits admitted in evidence, and stipulations.

A stipulation is an agreement between both sides that certain facts are true.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 1.04
Given _____
Given as amended _____
Refused _____
Withdrawn _____
Taken Under Consideration _____

**What is not Evidence**

Certain things are not to be considered as evidence. I will list them for you:

First, if I told you to disregard any testimony or exhibits or struck any testimony or exhibits from the record, such testimony or exhibits are not in evidence and must not be considered.

Second, anything that you may have seen or heard outside the courtroom is not evidence and must be entirely disregarded. This includes any press, radio, Internet, or television reports you may have seen or heard. Such reports are not evidence and your verdict must not be influenced in any way by such publicity.

Third, questions and objections or comments by the lawyers are not evidence. Lawyers have a duty to object when they believe a question is improper. You should not be influenced by any objection, and you should not infer from my rulings that I have any view as to how you should decide the case.

Fourth, the lawyers' opening statements and closing arguments to you are not evidence. Their purpose is to discuss the issues and the evidence. If the evidence as you remember it differs from what the lawyers said, your memory is what counts.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 1.06

Given _____

Given as amended _____

Refused _____

Withdrawn _____

Taken Under Consideration _____

**<u>Note-Taking</u>**

Any notes you have taken during this trial are only aids to your memory. The notes are not evidence. If you have not taken notes, you should rely on your independent recollection of the evidence and not be unduly influenced by the notes of other jurors. Notes are not entitled to any greater weight than the recollections or impressions of each juror about the testimony.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 1.07

Given _____

Given as amended _____

Refused _____

Withdrawn _____

Taken Under Consideration _____

**Consideration of all Evidence Regardless of Who Produced**

In determining whether any fact has been proved, you should consider all of the evidence bearing on the question, regardless of who introduced it.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 1.08
Given _____
Given as amended _____
Refused _____
Withdrawn _____
Taken Under Consideration _____

**Limited Purpose of Evidence**

You will recall that during the course of this trial, I instructed you that I admitted certain evidence for a limited purpose. You must consider this evidence only for the limited purpose for which it was admitted.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 1.09
Given _____
Given as amended _____
Refused _____
Withdrawn _____
Taken Under Consideration_____

**Weighing the Evidence**

You should use common sense in weighing the evidence and consider the evidence in light of your own observations in life.

In our lives, we often look at one fact and conclude from it that another fact exists. In law we call this "inference." A jury is allowed to make reasonable inferences. Any inference you make must be reasonable and must be based on the evidence in the case.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 1.11
Given _____
Given as amended _____
Refused _____
Withdrawn _____
Taken Under Consideration _____

**Definition of "Direct" and "Circumstantial" Evidence**

You may have heard the phrases "direct evidence" and "circumstantial evidence." Direct evidence is proof that does not require an inference, such as the testimony of someone who claims to have personal knowledge of a fact. Circumstantial evidence is proof of a fact, or a series of facts, that tends to show that some other fact is true.

As an example, direct evidence that it is raining is testimony from a witness who says, "I was outside a minute ago, and I saw it raining." Circumstantial evidence that it is raining is the observation of someone entering a room carrying a wet umbrella.

The law makes no distinction between the weight to be given to either direct or circumstantial evidence. You should decide how much weight to give to any evidence. In reaching your verdict, you should consider all the evidence in the case, including the circumstantial evidence.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 1.12

Given _____
Given as amended _____
Refused _____
Withdrawn _____
Taken Under Consideration _____

**Testimony of Witnesses (Deciding what to Believe)**

You must decide whether the testimony of each of the witnesses is truthful and accurate, in part, in whole, or not at all. You also must decide what weight, if any, you give to the testimony of each witness.

In evaluating the testimony of any witness, including any party to the case, you may consider, among other things:

- the ability and opportunity the witness had to see, hear, or know the things that the witness testified about;

- the witness's memory;

- any interest, bias, or prejudice the witness may have;

- the witness's intelligence;

- the manner of the witness while testifying;

- the witness's age

- and the reasonableness of the witness's testimony in light of all the evidence in the case.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 1.13
Given _____
Given as amended _____
Refused _____
Withdrawn _____
Taken Under Consideration _____

**Prior Inconsistent Statements (or Acts)**

You may consider statements given by a Party or a Witness under oath before trial as evidence of the truth of what he said in the earlier statements, as well as in deciding what weight to give his testimony.

With respect to other witnesses, the law is different. If you decide that, before the trial, one of these witnesses made a statement not under oath or acted in a manner that is inconsistent with his testimony here in court, you may consider the earlier statement or conduct only in deciding whether his testimony here in court was true and what weight to give to his testimony here in court.

In considering prior inconsistent statements or conduct, you should consider whether it was simply an innocent error or an intentional falsehood, and whether it concerns an important fact or an unimportant detail.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 1.14

Given _____

Given as amended _____

Refused _____

Withdrawn _____

Taken Under Consideration _____

**Impeachment of Witness - Convictions**[1]

You have heard evidence that Plaintiff has been convicted of a crime. You may consider this evidence only in deciding whether Plaintiff's testimony is truthful in whole, in part, or not at all. You may not consider this evidence for any other purpose.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 1.15

Given _____

Given as amended _____

Refused _____

Withdrawn _____

Taken Under Consideration _____

---

[1] Plaintiff believes inclusion of either 1.15 or 2.11, but not both, is appropriate.

**Lawyer Interviewing Witness**

It is proper for a lawyer to meet with any witness in preparation for trial.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 1.16

Given _____

Given as amended _____

Refused _____

Withdrawn _____

Taken Under Consideration _____

**Number of Witnesses**

You may find the testimony of one witness or a few witnesses more persuasive than the testimony of a larger number. You need not accept the testimony of the larger number of witnesses.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 1.17

Given _____

Given as amended _____

Refused _____

Withdrawn _____

Taken Under Consideration _____

**<u>Absence of Evidence</u>**

The law does not require any party to call as a witness every person who might have knowledge of the facts related to this trial. Similarly, the law does not require any party to present as exhibits all papers and things mentioned during this trial.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 1.18

Given _____

Given as amended _____

Refused _____

Withdrawn _____

Taken Under Consideration _____

**Burden of Proof**

When I say a particular party must prove something by "a preponderance of the evidence," or when I use the expression "if you find," or "if you decide," this is what I mean: When you have considered all the evidence in the case, you must be persuaded that it is more probably true than not true.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 1.27
Given _____
Given as amended _____
Refused _____
Withdrawn _____
Taken Under Consideration _____

**No Need to Consider Damages Instruction**

If you decide for the Defendant on the question of liability, then you should not consider the question of damages.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 1.31

Given _____

Given as amended _____

Refused _____

Withdrawn _____

Taken Under Consideration _____

**Selection of Presiding Juror; General Verdict**

Upon retiring to the jury room, you must select a presiding juror. The presiding juror will preside over your deliberations and will be your representative here in court.

Forms of verdict have been prepared for you.

Take these forms to the jury room, and when you have reached unanimous agreement on the verdict, your presiding juror will fill in and date the appropriate form, and all of you will sign it.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 1.32
Given _____
Given as amended _____
Refused _____
Withdrawn _____
Taken Under Consideration _____

18

**Communication with Court**

I do not anticipate that you will need to communicate with me. If you do need to communicate with me, the only proper way is in writing. The writing must be signed by the presiding juror, or, if he or she is unwilling to do so, by some other juror. The writing should be given to the marshal, who will give it to me. I will respond either in writing or by having you return to the courtroom so that I can respond orally.

If you do communicate with me, you should not indicate in your note what your numerical division is, if any.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 1.33

Given _____

Given as amended _____

Refused _____

Withdrawn _____

Taken Under Consideration _____

**Disagreement Among Jurors**

The verdict must represent the considered judgment of each juror. Your verdict, whether for or against the parties, must be unanimous.

You should make every reasonable effort to reach a verdict. In doing so, you should consult with one another, express your own views, and listen to the opinions of your fellow jurors. Discuss your differences with an open mind. Do not hesitate to reexamine your own views and change your opinion if you come to believe it is wrong. But you should not surrender your honest beliefs about the weight or effect of evidence solely because of the opinions of other jurors or for the purpose of returning a unanimous verdict.

All of you should give fair and equal consideration to all the evidence and deliberate with the goal of reaching an agreement that is consistent with the individual judgment of each juror. You are impartial judges of the facts.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 1.34
Given _____
Given as amended _____
Refused _____
Withdrawn _____
Taken Under Consideration _____

**<u>Stipulations of Fact</u>**

The parties have stipulated, or agreed, uncontested issues of fact. You must now treat these facts as having been proved for the purpose of this case

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 2.05

Given _____

Given as amended _____

Refused _____

Withdrawn _____

Taken Under Consideration _____

**Impeachment by Conviction of Crime[2]**

You have heard evidence that Plaintiff has been convicted of a crime. You may use that evidence only to help you decide whether to believe the witness and how much weight to give his testimony.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 2.11
Given _____
Given as amended _____
Refused _____
Withdrawn _____
Taken Under Consideration _____

---

[2] Plaintiff believes inclusion of either 1.15 or 2.11, but not both, is appropriate.

**Judge's Comments to Lawyer**

I have a duty to caution or warn an attorney who does something that I believe is not in keeping with the rules of evidence or procedure. You are not to draw any inference against the side whom I may caution or warn during the trial.

*Fed. Civ. Jury Instructions of the 7th Cir.* 2.14
Given _____
Given as amended _____
Refused _____
Withdrawn _____
Taken Under Consideration _____

**Police Department/Municipality Not a Party**

Defendant is being sued as an individual. Neither the Illinois Department of Corrections nor State of Illinois is a party to this lawsuit.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 7.01
Given _____
Given as amended _____
Refused _____
Withdrawn _____
Taken Under Consideration _____

**<u>Requirement of Personal Involvement</u>**

Plaintiff must prove by a preponderance of the evidence that Defendant was personally involved in the conduct that Plaintiff complains about. You may not hold Defendant liable for what others did or did not do.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 7.02
Given _____
Given as amended _____
Refused _____
Withdrawn _____
Taken Under Consideration _____

**Excessive Force Against a Convicted Prisoner**

To succeed on his claim of excessive use of force, Plaintiff must prove each of the following three things by a preponderance of the evidence:

**1.** Defendant intentionally used force on Plaintiff.

**2.** Defendant did so for the purpose of harming Plaintiff, and not in a good faith effort to maintain or restore security or order.

**3.** Defendant's conduct harmed Plaintiff. Plaintiff does not need to prove that he suffered a serious injury. If Defendant's use of force caused pain to Plaintiff, that is sufficient harm, even if Plaintiff did not require medical attention or did not have long lasting injuries.

If you find that Plaintiff has proved each of these things by a preponderance of the evidence, then you must decide for Plaintiff, and go on to consider the question of damages.

If, on the other hand, you find that Plaintiff has failed to prove any one of these things by a preponderance of the evidence, then you must decide for Defendant, and you will not consider the question of damages.

In deciding whether Plaintiff has proved that Defendant used force for the purpose of harming Plaintiff, you should consider all of the circumstances. When considering all the circumstances, among the factors you may consider are the need to use force, the relationship between the need to use force and the amount of force used, the extent of Plaintiff's injury, whether Defendant reasonably believed there was a threat to the safety of staff or prisoners, any efforts made by Defendant to limit the amount of force used, and whether Defendant was acting pursuant to a policy or practice of the prison that in the reasonable judgment of prison officials was needed to preserve security or order.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 7.18

Given _____

Given as amended _____

Refused _____

Withdrawn _____

Taken Under Consideration _____

26

**Compensatory Damages**

If you find in favor of Plaintiff, then you must determine the amount of money that will fairly compensate Plaintiff for any injury that you find he sustained as a direct result of the Defendant's unconstitutional conduct.

Plaintiff must prove his damages by a preponderance of the evidence. Your award must be based on evidence and not speculation or guesswork. This does not mean, however, that compensatory damages are restricted to the actual loss of money; they include both the physical and mental aspects of injury, even if they are not easy to measure.

You should consider the following types of compensatory damages, and no others:

a. The physical and mental and emotional pain and suffering that Plaintiff has experienced. No evidence of the dollar value of physical or mental and emotional pain and suffering has been or needs to be introduced. There is no exact standard or setting the damages to be awarded on account of these factors. You are to determine an amount that will fairly compensate the Plaintiff for the injury he has sustained.

b. The present value of the care and supplies that he is reasonably certain to need and receive in the future.[3]

c. The wages, salary, profits, and earning capacity that Plaintiff has lost, and the present value of the wages, salary, profits, and earning capacity that Plaintiff is reasonably certain to lose in the future because of his diminished ability to work.

If you return a verdict for Plaintiff, but Plaintiff has failed to prove compensatory damages, then you must award nominal damages of $1.00.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 7.26

Given _____

Given as amended _____

Refused _____

Withdrawn _____

Taken Under Consideration _____

---

[3] Plaintiff believes this subpart is applicable to this matter and should be read to the jury. Defendant disagrees and opposes the inclusion of this subpart in the jury instructions.

**Punitive Damages**

If you find for Plaintiff, you may, but are not required to, assess punitive damages against Defendant. The purposes of punitive damages are to punish a defendant for his or her conduct and to serve as an example or warning to Defendant and others not to engage in similar conduct in the future.

Plaintiff must prove by a preponderance of the evidence that punitive damages should be assessed against Defendant. You may assess punitive damages only if you find that his conduct was malicious or in reckless disregard of Plaintiff's rights. Conduct is malicious if it is accompanied by ill will or spite, or is done for the purpose of injuring Plaintiff. Conduct is in reckless disregard of Plaintiff's rights if, under the circumstances, Defendant simply did not care about Plaintiff's rights or safety.

If you find that punitive damages are appropriate, then you must use sound reason in setting the amount of those damages. Punitive damages, if any, should be in an amount sufficient to fulfill the purposes that I have described to you, but should not reflect bias, prejudice, or sympathy toward any party. In determining the amount of any punitive damages, you should consider the following factors:

- the reprehensibility of Defendant's conduct;

- the impact of Defendant's conduct on Plaintiff;

- the relationship between Plaintiff and Defendant;

- the likelihood that Defendant would repeat the conduct if an award of punitive damages is not made;

- the relationship of any award of punitive damages to the amount of actual harm the Plaintiff suffered.

*Fed. Civ. Jury Instructions of the 7th Cir.* No. 7.28
Given _____
Given as amended _____
Refused _____
Withdrawn _____
Taken Under Consideration _____