3:19-cv-03195-EIL  # 106  Page 1 of 3

E-FILED
Friday, 10 March, 2023 01:47:34 PM
Clerk, U.S. District Court, ILCD

Scanned at Pinckneyville CC and e-mailed
3/10/23     CO    3
Date     Initials    Pages No.

# United States District Court
## Central District of Illinois
### Urban, Illinois

| | |
|---|---|
| Dwight Long, Plaintiff -v- Terry Martin, et al Defendant | Case No. 19-C-03195 Hon. Eric I. Long |

## Motion to Change Counsel

Now comes Plaintiff, Dwight Long, Pro Se, and respectfully request leave to file Motion for Change of Counsel.

Grounds for this motion are as follows;

1) Plaintiff is indigent and currently incarcerated at Pinckneyville Correctional Center.

2) Plaintiff was assaulted by Defendant Terry Martin on 4-19-17, this case was formally initiated on August 1, 2019, when Plaintiff submitted the 42 U.S.C. 1983 Complaint form.

3) Plaintiff was allowed by Judge Colin Sterling Bruce to proceed Pro Se after I tried to retain some (10) different attorney's who had no interest in taking the case.

4) Plaintiff followed all the Court's orders and directions to the best of his ability and limited knowledge of Civil Law.

5) Around September 2022, Judge Bruce appointed Sara Trevino and Chris Bailey, students selected for the Federal Civil Rights Clinic at the University of Illinois College of Law. With no objection, I welcomed them both.

6) During our times of conference we have met once in person when I gave them all of my case documents & had put together over (5) years of work. We've had maybe (6) phone calls, where (3) of them I made to them from prison to check on our status.

7) I am dissatisfied in the direction Chris and Sara have taken. I believe they are missing key issues and points that make my case. Also, the Attorney General's office is definitely more knowlegable and crafty in trying to discredit a prisoner in their system.

8) I have gone through a lot, physically and mentally and at (71) years old, I have my quality of life suffering at the hands of prison officials. And I don't take this lightly.

9) Your Honor, this is not personal toward Mr. Bailey or Ms. Trevino, I think they will become wonderful attorneys. At this point, knowing IDOC and the Attorney General's office, I need representation

TO MATCH THEIR ABILITY.

10) PLAINTIFF BRINGS THIS MOTION IN GOOD FAITH AND NOT TO UNDERMINE THE COURT OR THE DEFENDANT'S COUNSEL.

11) PLAINTIFF RESPECTFULLY REQUEST THIS HONORABLE COURT GRANT THIS MOTION FOR CHANGE OF COUNSEL.

Respectfully Submitted,

Dwight Long #S-15203
Pinckneyville Correctional Center
5835 State Route 154
Pinckneyville, IL. 62274

Dana Newton
3/9/23

DANA NEWTON
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires Aug 19, 2024