E-FILED
Monday, 13 March, 2023  04:10:52 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DWIGHT LONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-CV-3195 |
| | ) | |
| TERRY MARTIN. | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S COUNSEL'S RESPONSE TO PLAINTIFF'S MOTION FOR SUBSTITUTED COUNSEL

NOW COMES, Sara Trevino and Christopher Bailey hereafter referred to collectively as "Counsel" and for their response to Plaintiff's Motion for Substitution of Counsel, state as follows:

1. Counsel is in receipt of Plaintiff's Motion for Substituted Counsel.

2. Counsel have been diligent and earnest in their representation, but cannot go further into responding to Plaintiff's motion without discussing matters that are protected by the attorney-client privilege.

3. Counsel is willing to continue their representation of Plaintiff if the Court and Plaintiff desire. Similarly, Counsel will step aside if their client or the Court desires.

4. Until their appointment is vacated, Counsel will continue to prepare to respond to the pending motion for summary judgment, file Plaintiff's motions *in limine*, and prepare for trial.

WHEREFORE, Counsel respectfully requests the Court set a hearing on this matter and grant whatever other remedies the court may find appropriate.

Respectfully Submitted,

By: /s/ Sara Trevino _____

By: /s/ Christopher Bailey _____

     Attorneys for Dwight Long
     Sara M. Trevino
     Christopher Bailey
     University of Illinois College of Law
     Federal Civil Rights Clinic
     504 E. Pennsylvania Avenue
     Champaign, Illinois 61820
     saramt3@illinois.edu
     cab12@illinois.edu

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

DWIGHT LONG,                          )
                                      )
    Plaintiff,    )
                                      )
    v.             )            No. 19-CV-3195
                                      )
TERRY MARTIN.                         )
                                      )
    Defendant.     )

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 13, 2023, I filed an electronic copy of the foregoing **Plaintiff's**

**Counsel's Response to Plaintiff's Motion for Substitution of Counsel** through the CM/ECF system

at the address of Defendant's attorneys below:

Remy Taborga
Assistant Attorney General, Prisoner Litigation
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Office: (217) 278-3332
Email: alan.taborga@ilag.gov

<u>**VIA USPS MAIL TO:**</u>
Dwight Long, Identification No. S-15203
5835 State Route 154
Pinckneyville, IL 62274

Respectfully Submitted,

By: <u>/s/ Sara Trevino</u>

By: <u>/s/ Christopher Bailey</u>

Attorneys for Dwight Long
Sara M. Trevino
Christopher Bailey
University of Illinois College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Avenue
Champaign, Illinois 61820
saramt3@illinois.edu
cab12@illinois.edu